

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 18, 2020**

_____
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Debtor. | |

### ORDER GRANTING MOTION TO FILE UNDER SEAL ADVERSARY COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION

Upon the consideration of the *Motion of the Official Committee of Unsecured Creditors to File Under Seal its Adversary Complaint and Motion for Preliminary Injunction* (the "Motion to

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

Seal"), filed by the official committee of unsecured creditors (the "Committee"), it is hereby **ORDERED** that:

1. The Motion to Seal is GRANTED.

2. The Committee is authorized to file the Adversary Complaint[1] and Motion for Preliminary Injunction under seal.

3. Until and unless the Committee and the Debtor resolve the confidentiality issues as described in the Motion to Seal, the unredacted Adversary Complaint and Motion for Preliminary Injunction shall not be made available to anyone, except the Court, the U.S. Trustee, the Debtor, and other parties in interest as may be ordered or otherwise required by the Court, and all parties receiving the unredacted Adversary Complaint and Motion for Preliminary Injunction shall maintain its confidentiality and the confidentiality of its subject matter, including in connection with any pleadings filed with this Court.

4. The Parties to the Agreed Protective Order can, during the pendency of this Adversary Proceeding, file under seal documents that are designated as Highly Confidential Information or that reflect Highly Confidential Information without further leave of Court.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Committee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion to Seal.

7. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

8. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # # End of Order # # #