BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Highland Capital Management, L.P. §
§ Case No.: 19−34054−sgj11
Debtor(s) § Chapter No.: 11
Official Committee of Unsecured Creditors §
Plaintiff(s) § Adversary No.: 20−03195−sgj
vs. §
CLO Holdco, Ltd. et al. §
Defendant(s) §

Dear Ms. Montgomery:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No−Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: Amended adversary Proceeding Cover Sheet (RE: related document(s)[6] Amended complaint by Paige Holden Montgomery on behalf of Official Committee of Unsecured Creditors against CLO Holdco, Ltd., Charitable DAF Fund, LP, Charitable DAF Holdco, Ltd., Grant James Scott III, Highland Dallas Foundation, Inc., James D. Dondero, The Dugaboy Investment Trust No change to nature of suit filed by Plaintiff Official Committee of Unsecured Creditors).

Responses due by 1/13/2021.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within two weeks from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 12/30/20            FOR THE COURT:
                           Robert P. Colwell, Clerk of Court

                           by: /s/C. Ecker, Deputy Clerk
                           cathy_ecker@txnb.uscourts.gov