Matthew A. Clemente (admitted *pro hac vice*)
Dennis M. Twomey (admitted *pro hac vice*)
Alyssa Russell (admitted *pro hac vice*)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Penny P. Reid
Paige Holden Montgomery
Juliana L. Hoffman
Sidley Austin LLP
2021 McKinney Avenue
Suite 2000
Dallas, Texas 74201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

**IN THE UNITED STATED BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054 (SGJ) |
| Debtor. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS . | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adv. Pro. No. 21-03195 (SGJ) |
| CLO HOLDCO, LTD., ET AL | ) | |
| Defendants. | ) | |

**NOTICE REGARDING A HEARING ON THE
MOTION FOR PRELIMINARY INJUNCTION**

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**PLEASE TAKE NOTICE** that on December 17, 2020, the Official Committee of Unsecured Creditors (the "<u>Committee</u>") filed a complaint [Docket No. 1] commencing the above-captioned adversary proceeding (the "<u>Adversary</u>") against certain defendants, including CLO Holdco, Ltd. ("<u>CLOH</u>") – a foreign entity incorporated in the state of Cayman Islands.[2]

**PLEASE FURTHER TAKE NOTICE** that on December 30, 2020, the Committee filed the complaint unsealed [Docket No. 6] (the "<u>Complaint</u>"), and the motion for preliminary injunction [Docket No. 7] (the "<u>PI Motion</u>").

**PLEASE FURTHER TAKE NOTICE** that on February 17, 2021, the Clerk of Court issued the Clerk's correspondence requesting a notice of hearing from attorney for plaintiff [Docket No. 12] (the "<u>Notice</u>"), which requested that the Committee file a notice of hearing to set the PI Motion.

**PLEASE TAKE FURTHER NOTICE** that the Committee is in the process of serving the Defendants in this Adversary. Many of the Defendants are foreign entities necessitating use of alternative methods of service, including through the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "<u>Hague Convention</u>").

**PLEASE TAKE FURTHER NOTICE** that the Committee will schedule a hearing for the PI Motion once all Defendants are properly served with the summons and pleadings filed in this Adversary.

*[Remainder of Page Intentionally Left Blank]*

---

[2] The remaining defendants include Charitable DAF Holdco, Ltd., Charitable DAF Fund, LP, Highland Dallas Foundation, Inc., The Dugaboy Investment Trust, James D. Dondero, and Grant James Scott III individually, Grant James Scott III in his capacity as trustee of the Dugaboy Investment Trust, and Grant James Scott III in his capacity as trustee of The Get Good Nonexempt Trust (collectively with CLOH, the "<u>Defendants</u>").

Dated: March 2, 2021

SIDLEY AUSTIN LLP

*/s/ Paige Holden Montgomery*
Penny P. Reid
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 74201
Telephone: (214) 981-3300

-and-

Matthew A. Clemente (admitted *pro hac vice*)
Dennis M. Twomey (admitted *pro hac vice*)
Alyssa Russell (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Counsel for the Official Committee*
*of Unsecured Creditors*