| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>Penny P. Reid, Esq.<br>SIDLEY AUSTIN LLP<br>2021 McKinney Ave Suite 2000<br>Dallas, TX 75201<br>Telephone No: 214-981-3300<br>*Attorney For:* the Official Committee of Unsecured Creditors<br>*Ref. No. or File No.:* Highland Capital Management | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>USBC Northern District of Texas | |
| Plaintiff: Official Committee of Unsecured Creditors<br>Defendant: CLO Holdco, Ltd., et al. | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>20-03195-sgj |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the REISSUED SUMMONS IN AN ADVERSARY PROCEEDING; MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE UNDER SEAL ITS ADVERSARY COMPLAINT AND OTHER MATERIALS SUBJECT TO PROTECTIVE ORDER; ADVERSARY PROCEEDING COVER SHEET; MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE UNDER SEAL ITS ADVERSARY COMPLAINT AND OTHER MATERIALS SUBJECT TO PROTECTIVE ORDER; ORDER GRANTING MOTION TO FILE UNDER SEAL ADVERSARY COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION; CERTIFICATE OF NOTICE; ADVERSARY COMPLAINT; MOTION FOR PRELIMINARY INJUNCTION; APPENDIX IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; CLERK CORRESPONDENCE 12/30/20; SUMMONS IN AN ADVERSARY PROCEEDING; NOTICE TO LITIGANTS; ORDER REGARDING ADVERSARY PROCEEDINGS TRIAL SETTING AND ALTERNATIVE SCHEDULING ORDER; AMENDED ADVERSARY PROCEEDING COVER SHEET; CLERK CORRESPONDENCE 2/17/21

3. a. Party served: Highland Dallas Foundation, Inc.
   b. Person served: Amy McLaren, Intake Specialist, CT Corporation, Registered Agent, served under F.R.C.P. Rule 4.

4. Address where the party was served: 1209 Orange St, Wilmington, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 25 2021 (2) at: 10:47 AM

6. **Person Who Served Papers:**
   a. John Garber
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2/26/21
(Date)                         (Signature)



PROOF OF SERVICE

5392415
(339990)