IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: § | | Case No. 19-34054-sgj11 |
| § | | |
| HIGHLAND CAPITAL MANAGEMENT, § | | |
| L.P., § | | Chapter 11 |
| § | | |
| Debtor § | | |

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF § | | |
| UNSECURED CREDITORS, § | | |
| § | | |
| Plaintiff, § | | |
| § | | Adversary No. 20-03195 |
| vs. § | | |
| § | | |
| CLO HOLDCO, LTD., CHARITABLE § | | |
| DAF HOLDCO, LTD., CHARITABLE § | | |
| DAF FUND, LP, HIGHLAND DALLAS § | | |
| FOUNDATION, INC., THE DUGABOY § | | |
| INVESTMENT TRUST, GRANT JAMES § | | |
| SCOTT III IN HIS INDIVIDUAL § | | |
| CAPACITY, AS TRUSTEE OF THE § | | |
| DUGABOY INVESTMENT TRUST, AND § | | |
| AS TRUSTEE OF THE GET GOOD § | | |
| NONEXEMPT TRUST, AND JAMES D. § | | |
| DONDERO, § | | |
| § | | |
| Defendants. § | | |

**WITHDRAWAL OF NOTICE REGARDING A HEARING ON THE
MOTION TO DISMISS ADVERSARY PROCEEDING**

**PLEASE TAKE NOTICE THAT** CLO HOLDCO, LTD. and Highland Dallas Foundation, Inc.[1] filed a *Motion to Dismiss Adversary Proceeding or, in the alternative, Motion*

---

[1] CLO HOLDCO, LTD. and Highland Dallas Foundation, Inc. have filed a *Motion to Withdraw the Reference* [ECF No. 24], and nothing herein shall be deemed a waiver of their right to a trial by jury on all claims asserted in this Adversary Proceeding nor consent to the entry of final orders in this Adversary Proceeding by the Bankruptcy Court.

*for More Definite Statement* [ECF No. 23] ("Motion to Dismiss") on April 14, 2021 and filed a *Notice of Hearing Regrading the Motion to Dismiss* [ECF No. 27] (the "Notice of Hearing") on April 20, 2021.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to instruction of the Court, CLO HOLDCO, LTD. and Highland Dallas Foundation, Inc. hereby **WITHDRAW** the Notice of Hearing.

Dated: May 5, 2021

    Respectfully submitted,

    **KELLY HART PITRE**

    */s/ Louis M. Phillips*
    **Louis M. Phillips (#10505)**
    One American Place
    301 Main Street, Suite 1600
    Baton Rouge, LA 70801-1916
    Telephone: (225) 381-9643
    Facsimile: (225) 336-9763
    Email: louis.phillips@kellyhart.com

    Amelia L. Hurt (LA #36817, TX #24092553)
    400 Poydras Street, Suite 1812
    New Orleans, LA 70130
    Telephone: (504) 522-1812
    Facsimile: (504) 522-1813
    Email: amelia.hurt@kellyhart.com

    and

    **KELLY HART & HALLMAN**
    Hugh G. Connor II
    State Bar No. 00787272
    hugh.connor@kellyhart.com
    Michael D. Anderson
    State Bar No. 24031699
    michael.anderson@kellyhart.com
    Katherine T. Hopkins
    Texas Bar No. 24070737
    katherine.hopkins@kellyhart.com

201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopier: (817) 878-9280

ATTORNEYS FOR CLO HOLDCO, LTD. AND HIGHLAND DALLAS FOUNDATION, INC.

## **CERTIFICATE OF SERVICE**

I, undersigned counsel, hereby certify that a true and correct copy of the above and foregoing document and all attachments thereto were sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on this May 5, 2021.

/s/ *Louis M. Phillips*
Louis M. Phillips