Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399
*Attorneys for The Dugaboy Investment Trust and Get Good Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** § § **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § § § **Debtor** § | § § § § § § § | **Case No. 19-34054-sgj11** **Chapter 11** |

| | | |
|---|---|---|
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS,** **Plaintiff,** vs. **CLO HOLDCO, LTD., CHARITABLE DAF HOLDCO, LTD., CHARITABLE DAF FUND, LP, HIGHLAND DALLAS FOUNDATION, INC., THE DUGABOY INVESTMENT TRUST, GRANT JAMES SCOTT III IN HIS INDIVIDUAL CAPACITY, AS TRUSTEE OF THE DUGABOY INVESTMENT TRUST, AND AS TRUSTEE OF THE GET GOOD NONEXEMPT TRUST, AND JAMES D. DONDERO,** **Defendants.** | § § § § § § § § § § § § § § § § § § § § § § | **Adversary No. 20-03195** |

{00375662-1}                                                           1

## NOTICE REGARDING A STATUS CONFERENCE ON THE MOTION TO WITHDRAW THE REFERENCE

**PLEASE TAKE NOTICE** that the following matter is scheduled for status conference on **June 3, 2021** at **9:30 a.m.** (Central Time) (the "Status Conference") in the above captioned adversary proceeding (the "Adversary Proceeding"):

• Motion to Withdraw the Reference [Dkt. #33] (the "Motion"), filed by the Get Good Nonexempt Trust and the Dugaboy Investment Trust (the "Defendants")

**PLEASE TAKE FURTHER NOTICE THAT** a copy of the Motion can be obtained via the Court's Document Filing System, https://ecf.txnb.uscourts.gov, or by requesting same from counsel for the Movant.

The Status Conference on the Motion will be held before The Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Northern District of Texas (Dallas Division), via WebEx.

For WebEx Video Participation/Attendance:
Link: https://us-courts.webex.com/meet/jerniga

For WebEx Telephonic Only Participation/Attendance:
Dial-In: 1-650-479-3207
Meeting ID: 479 393 582

A copy of Judge Jernigan's WebEx Hearing Instructions may be obtained from Judge Jernigan's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates or by requesting same from counsel for the Movants.

May 6, 2021

Respectfully submitted,

*/s/Douglas S. Draper.*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com

Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399
*Attorneys for The Dugaboy Investment Trust*
*and Get Good Trust*

## CERTIFICATE OF SERVICE

I, Douglas S. Draper, certify that the above Notice was served on all parties of record via the Court's ECF Noticing System on this 6th day of May, 2021.

*/s/ Douglas S. Draper*
Douglas S. Draper.