John Y. Bonds, III
Texas State Bar No. 02589100
Roland P. Schafer
Texas State Bar No. 24056271
Bryan C. Assink
Texas State Bar No. 24089009
William R. Howell, Jr.
N.Y. State Bar No. 5091269
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 – Telephone
(817) 405-6902 – Facsimile

**ATTORNEYS FOR DEFENDANT JAMES DONDERO**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-34054-SGJ-11 |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS,** | § | |
| | § | |
| Plaintiff. | § | Adversary No.: 20-03195 |
| | § | |
| v. | § | |
| | § | |
| **CLO HOLDCO, LTD., CHARITABLE DAF HOLDCO, LTD., CHARITABLE DAF FUND, LP, HIGHLAND DALLAS FOUNDATION, INC., THE DUGABOY INVESTMENT TRUST, GRANT JAMES SCOTT III IN HIS INDIVIDUAL CAPACITY AS TRUSTEE OF THE DUGABOY INVESTMENT TRUST, AND AS TRUSTEE OF THE GET GOOD NONEXEMPT TRUST, AND JAMES D. DONDERO,** | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF WITHDRAWAL OF DOCUMENT

**PLEASE TAKE NOTICE THAT,** pursuant to the instructions from the Bankruptcy Court, Defendant James Dondero hereby **WITHDRAWS** the *Notice of Hearing* [Docket No. 34] related to the *Defendant James Dondero's Motion to Dismiss Adversary Proceeding, or in the Alternative, Motion for More Definite Statement and Brief in Support* [Docket No. 25]. The Bankruptcy Court has indicated it will consider the Motion after the pending motions to withdraw the reference have been decided.

Dated: May 17, 2021

Respectfully submitted,

*/s/ Bryan C. Assink*
John Y. Bonds, III
Texas State Bar No. 02589100
Roland P. Schafer
Texas State Bar No. 24056271
Bryan C. Assink
Texas State Bar No. 24089009
William R. Howell, Jr.
N.Y. State Bar No. 5091269
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 – Telephone
(817) 405-6902 – Facsimile
Email: john@bondsellis.com
Email: roland@bondsellis.com
Email: bryan.assink@bondsellis.com
Email: william.howell@bondsellis.com

**ATTORNEYS FOR DEFENDANT JAMES DONDERO**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 17, 2021, a true and correct copy of this document was served via the Court's CM/ECF system on counsel for the Plaintiff and all other parties requesting such service in this case.

*/s/ Bryan C. Assink*
Bryan C. Assink