SIDLEY AUSTIN LLP
Penny P. Reid
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

Matthew A. Clemente (admitted pro hac vice)
Dennis M. Twomey (admitted pro hac vice)
Alyssa Russell (admitted pro hac vice)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | |
| Debtor, | Case No. 19-34054-SGJ11 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Plaintiff, | |
| vs. | Adversary Proceeding No. 20-03195 |
| CLO HOLDCO, LTD., CHARITABLE DAF HOLDCO, LTD., CHARITABLE DAF FUND, LP, HIGHLAND DALLAS FOUNDATION, INC., THE DUGABOY INVESTMENT TRUST, GRANT JAMES SCOTT III IN HIS INDIVIDUAL CAPACITY, AS TRUSTEE OF THE DUGABOY INVESTMENT TRUST, AND AS TRUSTEE OF | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

1

| | |
|---|---|
| THE GET GOOD NONEXEMPT TRUST, AND JAMES D. DONDERO, | ) ) ) |
| Defendants. | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR MAY 20, 2021 HEARING**

The official committee of unsecured creditors (the "Committee") of Highland Capital Management, L.P. (the "Debtor"), submits the following witness and exhibit list (the "Witness and Exhibit List"), and designates the following exhibits in connection with the *Official Committee of Unsecured Creditors' Motion To Stay the Adversary Proceeding for Ninety Days* [AP Docket No. 46], set for hearing at 9:30 AM (Central Time) on May 20, 2021.

A.  Witnesses

   1. Marc S. Kirschner.

   2. Any witnesses called or designated by any other party.

   3. Any impeachment or rebuttal witnesses.

B.  Exhibits

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1. | All exhibits necessary for impeachment purposes. | | |
| 2. | Any other document entered or filed in the above-styled bankruptcy case and adversary proceeding, including any exhibits thereto. | | |
| 3. | Any and all documents identified or offered by any other party. | | |

[*Remainder of the Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: May 19, 2021<br>Dallas, Texas | SIDLEY AUSTIN LLP<br>/s/ *Paige Holden Montgomery*<br>Penny P. Reid<br>Paige Holden Montgomery<br>Juliana L. Hoffman<br>2021 McKinney Avenue<br>Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br><br>Matthew A. Clemente (admitted pro hac vice)<br>Dennis M. Twomey (admitted pro hac vice)<br>Alyssa Russell (admitted pro hac vice)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |