KELLY HART PITRE
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

and

KELLY HART & HALLMAN
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopier: (817) 878-9280

ATTORNEYS FOR CLO HOLDCO, LTD. AND HIGHLAND DALLAS FOUNDATION, INC.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 19-34054-sgj11** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § § | **Chapter 11** |
| | § | |
| **Debtor** | § | |

| | |
|---|---|
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**CLO HOLDCO, LTD., CHARITABLE DAF HOLDCO, LTD., CHARITABLE DAF FUND, LP, HIGHLAND DALLAS FOUNDATION, INC., THE DUGABOY INVESTMENT TRUST, GRANT JAMES SCOTT III IN HIS INDIVIDUAL CAPACITY, AS TRUSTEE OF THE DUGABOY INVESTMENT TRUST, AND AS TRUSTEE OF THE GET GOOD NONEXEMPT TRUST, AND JAMES D. DONDERO,**<br><br>**Defendants.** | **Adversary No. 20-03195** |

## WITNESS AND EXHIBIT LIST

CLO HOLDCO, LTD. and Highland Dallas Foundation, Inc.[1] (the "Charitable Defendants") submits the following witness and exhibit list (the "Witness and Exhibit List"), and designates the following exhibits in connection with the plaintiff's in the above-captioned adversary proceeding (the "Committee") *Motion To Stay the Adversary Proceeding for Ninety Days* [Dkt. No. 46], set for hearing at 9:30 AM (Central Time) on May 20, 2021.

**WITNESSES**:

1) Any witnesses called or designated by any other party.

2) Any impeachment or rebuttal witnesses.

---

[1] CLO HOLDCO, LTD. and Highland Dallas Foundation, Inc. have filed a *Motion to Withdraw the Reference* [Dkt. No. 24], and nothing herein shall be deemed a waiver of their right to a trial by jury on all claims asserted in this Adversary Proceeding nor consent to the entry of final orders in this Adversary Proceeding by the Bankruptcy Court.

3) Any witness needed to authenticate a document.

## EXHIBITS

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1 | *Application to Employ Teneo* Bankruptcy Case, Dkt. No. 2306 | | |
| 2 | April 16, 2021 Email from C. Rognes Re: UCC v. CLO Holdco, et al. - extension on response deadline | | |
| 3 | April 19, 2021 Email from C. Rognes Re: UCC v. CLO Holdco, et al. - extension on response deadline | | |
| 4 | May 17, 2021 3:11 p.m. Email from C. Rognes Re: UCC v. CLO Holdco, et al. - motion to stay | | |
| 5 | May 17, 2021 4:47 p.m. Email from L. Phillips Re: UCC v. CLO Holdco, et al. - motion to stay | | |
| 6 | May 17, 2021 4:12 p.m. Email from L. Phillips Re: UCC v. CLO Holdco, et al. - motion to stay | | |
| | Any exhibit introduced by any other party | | |
| | Rebuttal exhibits | | |
| | Impeachment Exhibits | | |

Charitable Defendants reserve the right to amended the forgoing, as needed.

Dated: May 20, 2021

                            Respectfully submitted,

                            **KELLY HART PITRE**

                            */s/ Louis M. Phillips*
                            **Louis M. Phillips (#10505)**
                            One American Place
                            301 Main Street, Suite 1600
                            Baton Rouge, LA 70801-1916
                            Telephone: (225) 381-9643

Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

and

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopier: (817) 878-9280

ATTORNEYS FOR CLO HOLDCO, LTD. AND HIGHLAND DALLAS FOUNDATION, INC.

## **CERTIFICATE OF SERVICE**

I, undersigned counsel, hereby certify that a true and correct copy of the above and foregoing document and all attachments thereto were sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on this May 20, 2021.

                                          */s/ Louis M. Phillips*
                                          Louis M. Phillips