Matthew A. Clemente (admitted *pro hac vice*)
Dennis M. Twomey (admitted *pro hac vice*)
Alyssa Russell (admitted *pro hac vice*)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Penny P. Reid
Paige Holden Montgomery
Juliana L. Hoffman
Sidley Austin LLP
2021 McKinney Avenue
Suite 2000
Dallas, Texas 74201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054 (SGJ) |
| Debtor. | |

### APPLICATION FOR ORDER PURSUANT TO SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF TENEO CAPITAL, LLC AS LITIGATION ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE APRIL 15, 2021

---

1   The Debtor's last four digits of its taxpayer identification number are (6725).  The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.





1934054210514000000000004

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT <u>1100 COMMERCE ST # 1452, DALLAS, TX 75242</u> BEFORE CLOSE OF BUSINESS ON <u>JUNE 7, 2021</u>, WHICH IS AT LEAST 24 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

The Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtor and debtor in possession (the "<u>Debtor</u>") hereby moves the Court for entry of an order under sections 328(a) and 1103 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of Texas (the "<u>Local Rules</u>") authorizing the employment and retention of the consulting firm of Teneo Capital, LLC ("<u>Teneo</u>"), as litigation advisor to the Committee. In support of this application (the "<u>Application</u>"), the Committee respectfully states as follows:

## Jurisdiction and Venue

1.     The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are sections 328(a) and 1103 of the Bankruptcy Code. This Application is a core proceeding pursuant to 28 U.S.C. 157.

## Background

2.     On October 16, 2019 (the "<u>Petition Date</u>"), the Debtor filed its voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code. Pursuant to sections 1107 and 1108

2

of the Bankruptcy Code, the Debtor is continuing to operate its businesses and manage its properties and assets as debtor in possession.

3.      On October 29, 2019 the Office of the United States Trustee held a meeting to appoint the Committee pursuant to section 1102 of the Bankruptcy Code (the "Formation Meeting").  At the Formation Meeting, the Committee selected Sidley Austin LLP as its counsel, on November 6, 2019, the Committee selected FTI Consulting, Inc. as its financial advisor.  At its formation, the Committee consisted of the following four members:

(a) Redeemer Committee of Highland Crusader Fund ("Redeemer");

(b) Meta-e Discovery;

(c) UBS Securities LLC and UBS AG London Branch (together, "UBS"); and

(d) Acis Capital Management, L.P. and Acis Capital Management GP, LLP (together, "Acis").

4.      Acis and Redeemer resigned from the Committee effective as of April 15, 2021 and April 30, 2021, respectively.  The Committee therefore currently consists of Meta-E Discovery and UBS.

5.      On December 4, 2019, the Delaware Court entered an order transferring venue of the Debtor's Bankruptcy Case to this Court [Docket No. 186].

6.      On January 9, 2020, the Court approved the *Motion of the Debtor for Approval of Settlement with the Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course* [Docket. No. 281] (the "Settlement Motion"), approving a settlement between the Debtor and the Committee concerning, among other things, governance of the Debtor and the pursuit of claims held by the Debtor.  The approved settlement was embodied in a term sheet filed on the docket [Docket No. 354] (the "Term Sheet").

7.      In a bench ruling issued on February 8, 2021, and supplemented by an order entered

3

on February 22, 2021 [Docket No. 1943], the Court confirmed the Debtor's *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P.* (the "Plan").[2]

8.      Upon the effective date of the Plan, a Litigation Sub-Trust, created for the benefit of the holders of claims and interests in the Debtor, will be vested with certain claims and causes of action of the Debtor (the "Causes of Action"). Pursuant to the Plan, Marc S. Kirschner, Senior Managing Director of Teneo, will be appointed as Litigation Trustee and will be tasked with, among other things, investigation and monetization of the Causes of Action.

9.      On March 1, 2021, Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. (together, the "Advisors") filed notice of appeal of the order confirming the Plan to the United States District Court of the Northern District of Texas (the "Confirmation Appeal") [Docket No. 1957]. On April 1, 2021, the Advisors filed *Motion for Stay Pending Appeal* Civ. Act. No. 3:21-cv-00538-N, [Docket No. 3] and The Dugaboy Investment Trust and Get Good Trust filed the *Motion for Stay Pending Appeal*, Civ. Act. No. 3:21-cv-00550-L, [Docket No. 6] with the District Court for the Northern District of Texas, both seeking a stay of the effectiveness of the Plan pending resolution of the Confirmation Appeal.

## **Relief Requested**

10.      By this Application, the Committee seeks to employ and retain Teneo pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code to perform litigation advisory services for the Committee in this chapter 11 case, effective April 15, 2021.

11.      The Committee is familiar with the professional standing and reputation of Teneo. The Committee understands and recognizes that Teneo, and in particular, Senior Managing Director Mr. Kirschner, has a wealth of experience in providing litigation support, investigation

---

2      Capitalized terms used but not definned herein shall have the meanings ascribed to them in the Plan.

and advisory services in restructurings and reorganizations and enjoys an excellent reputation for services it has rendered in chapter 11 cases on behalf of debtors, creditors and trusts throughout the United States. Mr. Kirschner has decades of experience as a bankruptcy and restructuring lawyer, distressed debt investor, financial advisor and fiduciary. Mr. Kirschner founded and led for 15 years the bankruptcy department in the New York office of the global law firm, Jones Day, until his retirement from the private practice of law. Thereafter, he was appointed by SDNY Bankruptcy Judge Robert Drain as Chapter 11 Trustee of Refco Capital Markets, a global securities and derivatives dealer, which was one of the largest cases ever for which a Chapter 11 Trustee was appointed and continued post confirmation as Litigation Trustee for two trusts formed under Refco's Plan. He is recognized as a leading authority in pursuing billion dollar fraudulent conveyance and other claims on behalf of litigation trusts, and is currently serving as Litigation Trustee for Tribune, Nine West and Millennium Health. Mr. Kirschner is a Fellow of the American College of Bankruptcy. The Court has previously reviewed Mr. Kirschner's curriculum vitae and concluded that Mr. Kirschner "has substantial experience in bankruptcy litigation matters, particularly with respect to his prior experience as a litigation trustee for several litigation trusts as set forth on the record of the Confirmation Hearing and in the Confirmation Brief." Confirmation Order ¶ 45 [Docket No. 1943].

12.     It is because of this experience that the Committee selected, and the Debtor supported, Mr. Kirschner as Litigation Trustee. Although the Committee expects the Effective Date to occur in the near future, the statute of limitations for certain potential claims are fast approaching. Therefore, the Committee is seeking to retain Teneo until the effective date of the Plan in order to ensure that the Causes of Action are investigated and pursued in a timely manner.

13.     Teneo is a recognized leading financial advisory firm focused on distressed situations, valuation analyses and fiduciary roles. Teneo frequently advises debtors and creditors

in a broad range of distressed corporate financial situations, including in chapter 11 cases and out-of-court restructurings. Teneo has considerable experience in performing forensic financial, fraudulent conveyance, valuation and solvency analyses and other complex financial advisory services, often in connection with review, analysis and resolution of claims, on behalf of official committees, including in matters such as *In re Ultra Petroleum Corp., et al*, No. 20-32631 (Bankr. S.D. Tex.); *In re: Ditech Holding Corp.*, *et. al.*, No. 19-10412 (Bankr. S.D.N.Y.); *In re: Real Industry, Inc., et al.*, No. 17-12464 (Bankr. D. Del.); and *In re: Tribune Co., et al.*, 08-13141 (Bankr. D. Del.).

14.     Teneo has often undertaken these sorts of reviews as a financial advisor to trustees, receivers or other independents, including in matters involving Platinum Partners, led by Marc Kirschner; Fletcher International; Millennium (Marc S. Kirschner, Trustee); Nine West (Marc S. Kirschner, Trustee); Physiotherapy; and Tribune (Marc S. Kirschner, Trustee).

15.     To ensure that  the Causes of Action are investigated and pursued in a vigorous and timely manner, the Committee believed it was essential to require Mr. Kirschner and Teneo to commence work effective April 15, 2021 on an interim basis under the direction of the Committee. If the Plan becomes effective before the return date of this Application, the Application will be withdrawn, and the Litigation Trust will succeed to the Kirschner and Teneo work product as provided for in the Plan.

16.     The services of Teneo are deemed necessary to enable the Committee to investigate and pursue the Causes of Action that the Committee currently has standing to bring and that will be vested in the Litigation Trust. Pursuit of the Causes of Action will maximize the value of the Debtor's estate to the benefit of its creditors.  Further, Teneo is well qualified and able to represent the Committee in a cost-effective, efficient and timely manner.  The Committee does not believe that the services of Teneo will be duplicative of services provided by FTI to the Committee.  FTI

and Teneo will undertake to coordinate their services to the Committee to avoid or minimize any unnecessary duplication of services and will work together to ensure a smooth transition of any work related to Causes of Action from FTI to Teneo.

## Scope of Services

17.     Teneo will provide such litigation support, investigation and advisory services to the Committee and its legal advisors as they deem appropriate and feasible in order to advise the Committee on the Causes of Action, including but not limited to the following:

- Assistance in the investigation of business activities of insiders, related and affiliated parties;

- Assistance in forensic review of financial information of the Debtor;

- Assistance in the evaluation and analysis of the Causes of Action;

- Assistance in the development of complaints prosecuting the Causes of Action, including attendance at depositions and provision of expert reports/testimony on case issues as required by the Committee; and

- Render such other litigation advisory or such other financial advisory assistance as the Committee or its counsel may deem necessary that are consistent with the role of a litigation advisor and not duplicative of services provided by other professionals in this proceeding.

## Teneo's Eligibility for Employment

18.     Teneo has informed the Committee that, except as may be set forth in the Declaration of Marc S. Kirschner (the "Kirschner Declaration"), it does not hold or represent any interest adverse to the estate, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.  To the best of the Committee's knowledge and based upon the Kirschner Declaration, (a) Teneo's connections with the Debtor, creditors, any other party in interest, or their respective attorneys are disclosed on Exhibit B to the Kirschner Declaration; and (b) the Teneo professionals working on this matter are not relatives of the United States Trustee for the Northern District of Texas (the "U.S. Trustee") or of any known employee in the office

7

thereof, or any United States Bankruptcy Judge of the Northern District of Texas. Teneo has not provided, and will not provide any professional services to the Debtor, any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to this chapter 11 case before the effective date of the Plan.

19.     Teneo will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new material facts or relationships are discovered, Teneo will supplement its disclosure to the Court.

20.     Teneo has agreed not to share with any person or firm the compensation to be paid for professional services rendered in connection with this case.

## Terms of Retention

21.     Teneo is not owed any amounts with respect to pre-petition fees and expenses.

22.     The Committee understands that, if Teneo is retained by the Committee pursuant to the Order requested in this Application, Teneo intends to apply to the Court for allowances of compensation and reimbursement of expenses for its litigation advisory services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding local rules, orders of this Court and guidelines established by the U.S. Trustee. If the Effective Date of the Plan occurs before this Application is approved (and the Application is subsequently withdrawn), the Litigation Trust will compensate Mr. Kirschner and Teneo in accordance with the terms of this Application.

23.     Teneo's compensation hereunder will be comprised as follows: (i) a fixed $40,000 per month for the first three (3) months, and $20,000 per month on a go-forward basis for the services of Mr. Kirschner, plus (ii) the regular hourly fees of any additional Teneo personnel, plus (iii) a percentage of recoveries of litigation based as set forth below (the "Litigation Recovery Fee"), (iv) plus reimbursement of actual and necessary expenses incurred by Teneo. Actual and

8

necessary expenses would include any reasonable legal fees incurred by Teneo related to Teneo's retention and defense of fee applications in this case, subject to Court approval.

24. The current customary hourly rates and agreed to discounted rates, subject to periodic adjustment, charged by Teneo professionals anticipated to be assigned to this case are as follows:

| | Normal Rates | Discounted Rates |
|---|---|---|
| Senior Managing Directors, Senior Advisors and Managing Directors | $800-$1,250 | $720-1,125 |
| Directors, Vice Presidents and Consultants | $500-$800 | $450-$720 |
| Associates and Analysts | $350-$500 | $315-$450 |
| Administrative Staff | $200-$300 | $180-$270 |

Teneo has agreed with the Committee to discount its customary hourly rates by 10%, and agreed that such rates will not be subject to any periodic increases until the end of 2022.

25. Teneo and the Committee have agreed that the Litigation Recovery Fee earned by Teneo shall be equal to one and one half percent (1.50%) of any Net Litigation Proceeds up to $100,000,000, and two percent (2.0%) of any Net Litigation Proceeds exceeding $100,000,000. For the purposes of calculating the Litigation Recovery Fee, the amount of Net Litigation Proceeds shall be calculated as the gross amount of proceeds from litigation directed by Mr. Kirschner, less hourly fees (but not the fixed fees payable for the services of Mr. Kirschner, whether before or after the consummation of the Sub-Trust of which he will serve as Trustee) earned by Teneo, hourly fees charged by counsel in connection with the prosecution of the Causes of Action, expert witness, e-discovery, court and discovery expenses; but gross amount of proceeds of litigation directed by Mr. Kirschner are not to be reduced by the cost of director and officer and errors and omissions insurance, tax accounting work which would be outsourced, contingency fees charged by any other professional, or litigation funding financing and/or related contingent fee charges. For the avoidance of doubt, Net Litigation Proceeds will include proceeds from litigation arising

from all Causes of Action, whether originally brought by the Debtor, the Reorganized Debtor, the Committee, the Litigation Trust, or their successors or assigns, including, but not limited to, litigation brought in connection with collection on demand or term notes held by the Debtor.

### **Indemnification**

26.     In addition to the foregoing, and as a material part of the consideration for the agreement of Teneo to furnish services to the Committee pursuant to the terms of this Application, the Committee believes that the following indemnification terms are customary and reasonable for committee professionals in chapter 11 cases:

        a.     subject to the provisions of subparagraphs (b) and (c) below and approval of the Court, the Debtor is authorized to indemnify, and shall indemnify, Teneo and its affiliates, and each of their respective officers, directors, managers, members, partners, employees and agents, and any other person controlling Teneo or any of its affiliates and their successors and permitted assigns (collectively "<u>Indemnified Persons</u>") to the fullest extent lawful from and against any and all claims, liabilities, losses, actions, suits, proceedings, third-party subpoenas, damages, costs and expenses (collectively, an "<u>Action</u>") (including, without limitation full reimbursement of all fees and expenses of counsel incurred in investigating, preparing or defending against any such Action and in enforcing the terms of this section), as incurred, related to or arising out of or in connection with Teneo's provision of services and engagement under this Application, but not for any claim arising from, related to, or in connection with Teneo's post-petition performance of any other services other than those in connection with the engagement, unless such post-petition services and indemnification therefore are approved by this Court; and

        b.     the Debtor shall have no obligation to indemnify an Indemnified Person for any Action that is either (i) judicially determined (the determination having become final) to have arisen primarily from Teneo's gross negligence, willful misconduct or fraud unless the Court determines that indemnification would be permissible pursuant to <u>In re United Artists Theatre company, et al.</u>, 315 F.3d 217 (3d Cir. 2003), or (ii) settled prior to a judicial determination as to Teneo's gross negligence, willful misconduct or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which an Indemnified Person is not entitled to receive indemnity under the terms of this Application; and

        c.     if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in this case (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing this chapter 11 case, an Indemnified Person believes that it is entitled to the payment of any amounts by the Debtor on account

of the Debtor's indemnification obligations under the Application, including, without limitation, the advancement of defense costs, the Indemnified Person must file an application in this Court, and the Debtor may not pay any such amounts to the Indemnified Person before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by Teneo for indemnification, and not as a provision limiting the duration of the Debtor's obligation to indemnify Teneo. The indemnification obligations herein shall survive the confirmation of the plan and the expiration of Teneo's retention and shall be binding with full force and effect on any successor or assign of the Debtor.

27.     The Committee believes that indemnification is customary and reasonable for Committee professionals in chapter 11 proceedings. See In re Joan & David Halpern, Inc., 248 B.R. 43 (Bankr. S.D.N.Y. 2000).

**No Prior Request**

28.     No prior Application for the relief requested herein has been made to this or any other Court.

**Notice**

29.     Notice of this Application has been given to (i) the Debtor, (ii) the U.S. Trustee and (iii) the Office of the United States Attorney for the Northern District of Texas; (iii) the Debtor's principal secured parties; and (iv) parties requesting notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Committee submits that no further notice is required.

11

WHEREFORE, the Committee respectfully requests that the Court enter an order, substantially in the form attached hereto, authorizing the Committee to employ and retain Teneo as litigation advisor for the Committee for the purposes set forth above, effective April 15, 2021 and grant such further relief as is just and proper.

Dated: May 14, 2021
Chicago, Illinois

By: UBS SECURITIES LLC AND UBS AG
LONDON BRANCH
Solely in their capacity as member of the
Official Committee of Unsecured Creditors
Name: Elizabeth Kozlowski
Title: Executive Director

Dated: May 14, 2021
Chicago, Illinois

By: META-E DISCOVERY, LLC
Solely in its capacity as member of the
Official Committee of Unsecured Creditors
Name: _____
Title: _CEO_____

# **EXHIBIT 1**

PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054_ (SGJ) |
| | ) | |
| Debtor. | ) | |

**ORDER PURSUANT TO SECTION 1103 OF THE
BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION
OF TENEO CAPITAL, LLC AS LITIGATION ADVISOR TO THE OFFICIAL
<u>COMMITTEE OF UNSECURED CREDITORS EFFECTIVE APRIL 15, 2021</u>**

Upon the application (the "<u>Application</u>") of the Official Committee of Unsecured Creditors (the

"<u>Committee</u>") of the above-captioned debtor and debtor in possession (the "<u>Debtor</u>"), for an order

pursuant to section 1103 of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy</u>

<u>Code</u>"), authorizing them to retain Teneo Capital, LLC as litigation advisor; and upon the

Declaration of Marc S. Kirschner in support of the Application; and due and adequate notice of

the Application having been given; and it appearing that no other notice need be given; and it

appearing that Teneo is not representing any adverse interest in connection with this case; and it

appearing that the relief requested in the Application is in the best interest of the Committee; after

due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

ORDERED that the Application be, and it hereby is, granted; and it is further

ORDERED that the capitalized terms not defined herein shall have the meanings ascribed to them in the Application; and it is further

ORDERED that in accordance with section 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain Teneo as of April 15, 2021 as their litigation advisor on the terms set forth in the Application; and it is further

ORDERED that Teneo shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court; and it is further

ORDERED that, Teneo is entitled to reimbursement of actual and necessary expenses, including legal fees related to its retention application and future fee applications as approved by the Court; and it is further

ORDERED that the following indemnification provisions are approved:

a. subject to the provisions of subparagraphs (b) and (c) below and approval of the Court, the Debtor is authorized to indemnify, and shall indemnify, Teneo and its affiliates, and each of their respective officers, directors, managers, members, partners, employees and agents, and any other person controlling Teneo or any of its affiliates and their successors and permitted assigns (collectively "Indemnified Persons") to the fullext extent lawful from and against any and all claims, liabilities, losses, actions, suits, proceedings, third-party subpoenas, damages, costs and expenses (collectively, an "Action") (including, without limitation full reimbursement of all fees and expenses of counsel incurred in investigating, preparing or defending against any such Action and in enforcing the terms of this section), as incurred, related to or arising out of or in connection with Teneo's provision of services and engagement under this Application, but not for any claim arising from, related to, or in connection with Teneo's post-petition performance of any other services other than those in connection with the engagement, unless such post-petition services and indemnification therefore are approved by this Court; and

16

b. the Debtor shall have no obligation to indemnify an Indemnified Person for any Action that is either (i) judicially determined (the determination having become final) to have arisen primarily from Teneo's gross negligence, willful misconduct or fraud unless the Court determines that indemnification would be permissible pursuant to <u>In re United Artists Theatre company, et al</u>., 315 F.3d 217 (3d Cir. 2003), or (ii) settled prior to a judicial determination as to Teneo's gross negligence, willful misconduct or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which an Indemnified Person is not entitled to receive indemnity under the terms of this Application; and

c. if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in this case (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing this chapter 11 case, an Indemnified Person believes that it is entitled to the payment of any amounts by the Debtor on account of the Debtor's indemnification obligations under the Application, including, without limitation, the advancement of defense costs, the Indemnified Person must file an application in this Court, and the Debtor may not pay any such amounts to the Indemnified Person before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by Teneo for indemnification, and not as a provision limiting the duration of the Debtor's obligation to indemnify Teneo. The indemnification obligations herein shall survive the confirmation of the plan and the expiration of Teneo's retention and shall be binding with full force and effect on any successor or assign of the Debtor; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.

### End of Order ###

17

**EXHIBIT 2**

KIRSCHNER DECLARATION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | ) | |
| | ) | **Case No. 19-34054 (SGJ)** |
| | ) | |
| Debtor. | ) | |

**DECLARATION OF MARC S. KIRSCHNER IN SUPPORT OF
THE APPLICATION FOR AN ORDER PURSUANT TO SECTION 1103 OF THE
BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION
OF TENEO CAPITAL, LLC AS LITIGATION ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS EFFECTIVE APRIL 15, 2021**

Pursuant to 28 U.S.C. Section 1746, Marc S. Kirschner declares as follows:

1. I am a Senior Managing Director with Teneo Capital, LLC ("Teneo"), an international consulting and advisory firm. I submit this Declaration on behalf of Teneo (the "Declaration") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Highland Capital Management, L.P., the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), for an order authorizing the employment and retention of Teneo as litigation advisor under the terms and conditions set forth in the Application. Except as otherwise noted,[4] I have personal knowledge of the matters set forth herein.

**Disinterestedness and Eligibility**

2. In connection with the preparation of this Declaration, Teneo conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to Teneo. A listing of the parties

---

[4]   Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Teneo and are based on information provided by them.

reviewed is reflected on **Exhibit A** to this Declaration. Teneo's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database containing names of individuals and entities that are present or recent former clients of Teneo. A listing of such relationships that Teneo identified during this process is set forth on **Exhibit B** to this Declaration.

3. Based on the results of its review, except as otherwise discussed herein, Teneo does not have a relationship with any of the parties on Exhibit A ("Parties in Interest") in matters related to these proceedings. Teneo has provided and could reasonably expect to continue to provide services unrelated to the Debtor's case for the various entities shown on Exhibit B. Teneo's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting services. To the best of my knowledge, Teneo does not hold or represent any interest adverse to the estate, nor does Teneo's involvement in this case compromise its ability to continue such consulting services.

4. Further, as part of its diverse practice, Teneo appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtor's case. Also, Teneo has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys, law firms and financial institutions, some of whom may be involved in this proceeding.

5. In addition, Teneo has in the past, may currently and will likely in the future be working with or against other professionals involved in this case in matters unrelated to the Debtor and this case. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests adverse to the estate, and none are in connection with this case. Teneo, its affiliates and/or personnel may have business associations—

including purchasing goods, services, and/or insurance on market terms in the ordinary course—with certain Parties-in-Interest and their respective affiliates, creditors, investors, insurers, vendors, unrelated to these Chapter 11 Cases. In addition, in the ordinary course of its business, Teneo may engage or be engaged by counsel or other professionals in unrelated matters who now represent, or who may in the future represent, Parties-in-Interest. Teneo and/or its personnel may be taxpayers or constituents of governmental bodies that are creditors or vendors of the Debtors or their affiliates.

6. Teneo (including affiliates, employees, and contractors) has roles in many cases, proceedings, and transactions ("Matters").

7. The Matters include acting as, or on behalf of, trustees, who have actual or potential claims against many parties ("Trustee Matters"). These Trustee Matters involve thousands of parties with respect to whom Teneo has not undertaken to conduct a search. Parties-in-Interest in these Chapter 11 Cases may be actual or potential defendants in Trustee Matters or serve as attorneys, financial advisors, investment banks, or other advisors or service providers to the trustees or their adversaries.

8. The Matters also include acting as interim managers on behalf of certain clients. Some Parties-in-Interest involved in these Chapter 11 Cases may have relationships with those clients, including, but not limited to, serving as attorneys, financial advisors, investment banks, or other advisors or service providers to such clients or to parties adverse to such clients in unrelated matters.

9. The Matters involve many different professionals, including attorneys, accountants, investment bankers, and financial consultants, who may represent claimants and parties-in-interest that are or may be aligned with or adverse to claimants or parties-in-interest represented by Teneo.

21

Such professionals, including, attorneys, accountants, investment bankers, and financial consultants may represent Parties-in-Interest.

10.     In connection with the Matters, many investment funds and financial institutions hold positions in relevant capital structures and may, in any given Matter, be aligned with or adverse to the positions of Teneo' clients. Moreover, Teneo may have had, may be having and may in the future have strategic discussions or discussions regarding investment or other financial relationships, unrelated to these Chapter 11 Cases, with one or more parties affiliated with, or providing services to, Parties-in-Interest in these Chapter 11 Cases.

11.     Teneo is not believed to be a "Creditor" with respect to fees and expenses of the Debtor within the meaning of section 101(10) of the Bankruptcy Code.  Further, neither I nor any other member of the Teneo engagement team serving this Committee, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtor's stock.

12.     As such, to the best of my knowledge, Teneo does not hold or represent any interest adverse to the estate, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.

13.     It is Teneo's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner.  If any new material relevant facts or relationships are discovered or arise, Teneo will promptly file a Bankruptcy Rule 2014(a) Supplemental Declaration.

**<u>Professional Compensation</u>**

14.     Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable U.S. Trustee guidelines and local rules, Teneo will seek payment for its fixed and hourly basis compensation, plus reimbursement of actual and necessary expenses incurred by Teneo, including legal fees related to its retention application and

future fee applications as approved by the Court. Teneo's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application for the employment of Teneo. These hourly rates are adjusted periodically. Pursuant to an agreement with the Committee, the rates shown in the Application shall be reduced by 10% for the duration of this engagement, and shall not be subject to any periodic increases through the end of 2022.

15.     To the best of my knowledge, a) no commitments have been made or received by Teneo with respect to compensation or payment in connection with this case other than in accordance with the provisions of the Bankruptcy Code, and b) Teneo has no agreement with any other entity to share with such entity any compensation received by Teneo in connection with this chapter 11 case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 14 day of May 2021

Marc Kirschner
Senior Managing Director
Teneo Capital, LLC

23

## EXHIBIT A

**Listing of Parties-in-Interest Reviewed for Current and Recent Former Relationships**

**Debtors**
Highland Capital Management

**Affiliated Parties**
Acis CLO Management GP
Acis CLO Management Holdings
Acis CLO Management Intermediate Holdings I
Acis CLO Management Intermediate Holdings II
Acis CLO Management
Acis CMOA Trust
Advisors Equity Group
Argentina Funds
Asbury Holdings
Castle Bio Manager
De Kooning
Eagle Equity Advisors
Eames
Falcon E&P Opportunities Fund GP
Governance
Governance Re
Gunwale
HCF Funds
HCMS Falcon GP
HCRE Partners
HCREF-I Holding Corp.
HCREF-XI Holding Corp.
HCREF-XII Holding Corp.
HE Capital Fox Trails
HE Capital
HE Mezz Fox Trails
HE Peoria Place Property
HE Peoria Place
HFP CDO Construction Corp.
HFP GP
Highland Argentina Regional Opportunity Fund GP
Highland Brasil
Highland Capital Insurance Solutions GP
Highland Capital Insurance Solutions, GP
Highland Capital Management (Singapore)
Highland Capital Management Korea
Highland Capital Management Korea Limited

Highland Capital Management Korea Limited (Relying Advisor)
Highland Capital Management Services
Highland Capital Multi-Strategy Fund
Highland Capital of New York
Highland Capital Special Allocation
Highland CDO Holding Company
Highland CDO Opportunity Fund GP
Highland CDO Opportunity GP
Highland CLO Assets Holdings Limited
Highland CLO Holdings
Highland CLO Management,
Highland Crusader Fund
Highland Dynamic Income Fund GP
Highland Employee Retention Assets
Highland ERA Management
Highland Financial Corp.
Highland Financial Partners
Highland Fund Holdings
Highland HCF Advisor (Relying Advisor
Highland HCF Advisors
Highland Latin America Consulting
Highland Latin America GP
Highland Latin America LP
Highland Latin America Trust
Highland Multi Strategy Credit Fund GP
Highland Multi Strategy Credit Fund
Highland Multi Strategy Credit GP
Highland Multi-Strategy Fund GP
Highland Multi-Strategy Master Fund
Highland Multi-Strategy Onshore Master SubFund II
Highland Multi-Strategy Onshore Master Subfund
Highland Receivables Finance I
Highland Restoration Capital Partners GP
Highland Select Equity GP
Highland Select Equity Master Fund
Highland Special Opportunities Holding Company
Highland SunBridge GP
Hirst
Hockney
Lautner

Maple Avenue Holdings
Neutra
NexAnnuity Holdings
NexBank Capital
NexBank Securities
NexBank SSB
NexBank Wealth Advisors
NexPoint Advisors GP
NexPoint Capital
NexPoint Funds
NexPoint Insurance Distributors
NexPoint Insurance Solutions GP
NexPoint Insurance Solutions
NexPoint Real Estate Advisors GP
NexPoint Securities
NHT Holdco
NREA SE MF Holdings
NREA SE MF Investment Co
NREA SE Multifamily
NREA SE1 Andros Isles Leaseco
NREA SE1 Andros Isles Manager
NREA SE1 Arborwalk Leaseco
NREA SE1 Arborwalk Manager
NREA SE1 Towne Crossing Leaseco
NREA SE1 Towne Crossing Manager
NREA SE1 Walker Ranch Leaseco
NREA SE1 Walker Ranch Manager
NREA SE2 Hidden Lake Leaseco
NREA SE2 Hidden Lake Manager
NREA SE2 Vista Ridge Leaseco
NREA SE2 Vista Ridge Manager
NREA SE2 West Place Leaseco
NREA SE2 West Place Manager
NREA SE3 Arboleda Leaseco
NREA SE3 Arboleda Manager
NREA SE3 Fairways Leaseco
NREA SE3 Fairways Manager
NREA SE3 Grand Oasis Leaseco
NREA SE3 Grand Oasis Manager
NREA Southeast Portfolio One Manager
NREA Southeast Portfolio Three Manager
NREA Southeast Portfolio Two Manager
Oldenburg
Penant Management LP
Pershing
PetroCap Incentive Partners III
Pollack
SE Battleground Park
SE Glenview
SE Governors Green II
SE Gulfstream Isles GP

SE Gulfstream Isles LP
SE Heights at Olde Towne
SE Lakes at Renaissance Park GP I
SE Lakes at Renaissance Park GP II
SE Lakes at Renaissance Park
SE Multifamily Holdings
SE Multifamily REIT Holdings
SE Myrtles at Olde Towne
SE Quail Landing
SE River Walk
SE SM, Inc.
SE Stoney Ridge II
SE Victoria Park
SH Castle BioSciences
Spiritus Life
Starck
Stonebridge PEF
Strand Advisors XVL
The Dondero Insurance Rabbi Trust
The Ohio State Life Insurance Company
The Okada Insurance Rabbi Trust
Thread 55
Tihany
Tricor Business Outsourcing
US Gaming SPV
US Gaming
Warhol
Wright

**Other Parties**
Atlas IDF
Baylor University
Concord Management
Falcon E&P Opportunities Fund
Fix Asset Management
FRM Investment Management
Grosvenor Capital Management
HCMS Falcon
Highland Capital Insurance Solutions
Highland Capital Management Fund Advisors
Highland Capital Management Latin America
Highland Select Equity Fund
Highland Select Equity Fund GP
NexPoint Advisors
NexPoint Advisors GP
Rand PE Fund I
United States Army Air Force Exchange
Services

**Taxing and Other Significant Governmental Authorities**

California Franchise Tax Board
Internal Revenue Service
Los Angeles County Tax Collector
Delaware Division of Revenue

**Banks and Secured Parties**
BBVA
Frontier State Bank
Hunter Mountain Investment Trust
Jeffries, LLC Prime Brokerage Services
KeyBank National Association
Mark K. Okada
Strand Advisors
The Dugaboy Investment Trust
The Mark and Pamela Okada Family Trust –
Exempt Trust #1

**United States Bankruptcy Judges in the
Northern District of Texas**
Barbara J. Houser
Robert L. Jones
Harlin D. Hale
Stacey G. C. Jernigan
Mark X. Mullin
Edward L. Morris

**United States Trustee for the Northern
District of Texas (and Key Staff Members)**
William T. Neary
Lisa L. Lambert
Nathalie Brumfield-Brown
Kara Croop
Ruby Curry
Christi C. Flanagan
C. Marie Goodier
Meredyth Kippes
Marina J. Lopez
LaSharion F. McClellan
Stephen McKitt
Sandra F. Nixon
Felicia P. Palos
Bradley D. Perdue
Nancy S. Resnick
Kendra M. Rust
Erin Schmidt
Joseph W. Speranza
Cheryl H. Wilcoxson
Cindy Worthington

Elizabeth Young

**Official Creditors' Committee Members**
Redeemer Committee of the Highland Crusader
Fund
Meta-e-Discovery
UBS Securities
UBS AG London Branch
Acis Capital Management
Acis Capital Management GP

**Official Creditors' Committee Members'
Attorneys**
Blank Rome
Jenner & Block
Latham Watkins
Morris, Nichols, Arsht & Tunnel
Morrison Cohen
Richards Layton & Finger
Rogge Dunn Group
Winstead

**Official Creditors' Committee Attorneys and
Professionals**
Sidley Austin
Young Conaway Stargatt & Taylor
FTI

**Top Unsecured Creditors**
American Arbitration Association
Andrews Kurth
Bates White
Boies, Schiller & Flexner
CLO Holdco
Connolly Gallagher
Debevoise & Plimpton
DLA Piper (US)
Duff & Phelps
Foley Gardere
Joshua & Jennifer Terry
Lackey Hershman
McKool Smith
Meta-e Discovery
NWCC
Patrick Daugherty
Reid Collins & Tsai

**Debtor's Ordinary Course Professionals**
Anderson Mori & Tomotsune
ASW Law
Bell Nunnally

Carey Olsen
Culhane Meadows PLLC
Deloitte
Kim & Chang
Maples (Cayman)
PricewaterhouseCoopers
Rowlett Hill Collins
Willkie Farr & Gallagher
Wilmer Hale

**Parties Who have Filed Notices of Appearance**
Allen ISD
Alvarez & Marshal CF Management
BET Investments, II
Coleman County TAD
Dallas County
Fannin CAD
Grayson County
Hunter Mountain Trust
Integrated Financial Associates
Irving ISD
Kaufman County
Patrick Daugherty
Pension Benefit Guaranty Corporation
Rockwall CAD
Tarrant County
Upshur County
Aberdeen Loan Funding
ACIS CLO 2017-7
ACIS Funding
ACIS Funding GP
Ashby & Geddes
Brentwood Investors Corp.
Bristol Bay Funding
Cabi Holdco I
California Public Employees
Carlyon Cica Chtd.
Chipman Brown Cicero & Cole
CLO Entities
Crescent TC Investors
Cross & Simon
Dentons US
Eastland CLO
Grayson CLO
HCSLR Camelback Investors (Cayman)
Highland CLO 2018-1
Highland Credit Opportunities CDO
Highland Legacy Limited
Highland Legacy Limited Highland Park CDO I
Highland Park CDO I

Highlander Equity Holdings III
Intertrust Entities
Intertrust SPV (Cayman)
Jackson Walker
Jasper CLO
Kurtzman Steady
Liberty Cayman Holdings
Liberty CLO
MaplesFS
Nixon Peabody
Pam Capital Funding GP Co.
Pam Capital Funding LP
Pam Capital Funding LP Co.
PamCo Cayman
Red River CLO
Rockwall Investors Corp.
Schulte Roth & Zabel
Southfork Cayman Holdings
Sullivan Hazeltine Allinson
Valhalla CLO
Wake LV Holdings
Wake LV Holdings II
Walter Holdco I
Westchester CLO

**Directors and Officers**
James Dondero
Brad Ross
Terry Jones
Frank Waterhouse
Nathan Burns
Jonathan Lamensdorf
Laurie Whetstone
Ted Dameris
Paul Adkins
Trey Parker
Clifford Stoops
Thomas Surgent
Mark Mark
Joseph Sowin
Scott Ellington
Kieran Brennan
Jun Park
Michael Hurley
Michael McLochlin
Jon Pglitsch
Jacquelyn Graham
Hunter Covitz

**Active Entities**
11 Estates Lane

1110 Waters
140 Albany
1525 Dragon
17720 Dickerson
1905 Wylie
2006 Milam East Partners
2006 Milam East Partners GP
201 Tarrant Partners
2014 Corpus Weber Road
2325 Stemmons HoldCo
2325 Stemmons Hotel Partners
2325 Stemmons TRS
300 Lamar
3409 Rosedale
3801 Maplewood
3801 Shenandoah
3820 Goar Park
400 Seaman
401 Ame
4201 Locust
4312 Belclaire
5833 Woodland
5906 DeLoache
5950 DeLoache
7758 Ronnie
7759 Ronnie
AA Shotguns
Aberdeen Loan Funding
Acis CLO 2017-7
Acis CLO Management
Acis CLO Opportunity Funds
Acis CLO Trust
Acis CMOA Trust
Acis Loan Funding
Advisors Equity Group
Allenby
Allisonville RE Holdings
AM Uptown Hotel
Apex Care
Asbury Holdings
Ascendant Advisors
Atlas IDF
Atlas Oak Mill I Holdings
BB Votorantim Highland Infrastructure
BDC Toys Holdco
BH Willowdale Manager
Big Spring Partners
Bloomdale
Brentwood CLO
Brentwood Investors Corp.
Bristol Bay Funding

C-1 Arbors
C-1 Cutter's Point
C-1 Eaglecrest
C-1 Silverbrook
Cabi Holdco
Cabi Holdco GP
Cabi Holdco I
Camelback Residential Investors
Camelback Residential Partners
Capital Real Estate - Latitude
Castle Bio
Castle Bio Manager
CG Works
Claymore Holdings
Common Grace Ventures
Corbusier
CP Equity Hotel Owner
CP Equity Land Owner
CP Equity Owner
CP Hotel TRS
CP Land Owner
CP Tower Owner
Crossings 2017
Dallas Cityplace MF SPE Owner
Dallas Lease and Finance
De Kooning
Dolomiti
DrugCrafters
Dugaboy Management
Dugaboy Project Management GP
Eagle Equity Advisors
Eames
Eastland CLO
Eastland Investors Corp.
EDS Legacy Heliport
EDS Legacy Partners
EDS Legacy Partners Owner
Entegra Strat Superholdco
Entegra-FRO Holdco
Entegra-FRO Superholdco
Entegra-HOCF Holdco
Entegra-NHF Holdco
Entegra-NHF Superholdco
Entegra-RCP Holdco
Estates on Maryland
Estates on Maryland Holdco
Estates on Maryland Owners
Estates on Maryland Owners SM
Falcon E&P Four Holdings
Falcon E&P One
Falcon E&P Opportunities Fund

Falcon E&P Opportunities GP
Falcon E&P Royalty Holdings
Falcon E&P Six
Falcon E&P Two
Falcon Four Midstream
Falcon Four Upstream
Falcon Incentive Partners
Falcon Incentive Partners GP
Falcon Six Midstream
Flamingo Vegas Holdco
Four Rivers Co-Invest
FRBH Abbington
FRBH Abbington SM
FRBH Arbors
FRBH Beechwood
FRBH Beechwood SM
FRBH C1 Residential
FRBH Courtney Cove
FRBH Courtney Cove SM
FRBH CP
FRBH Duck Creek
FRBH Eaglecrest
FRBH Edgewater JV
FRBH Edgewater Owner
FRBH Edgewater SM
FRBH JAX-TPA
FRBH Nashville Residential
FRBH Regatta Bay
FRBH Sabal Park
FRBH Sabal Park SM
FRBH Silverbrook
FRBH Timberglen
FRBH Willow Grove
FRBH Willow Grove SM
FRBH Woodbridge
FRBH Woodbridge SM
Freedom C1 Residential
Freedom Duck Creek
Freedom Edgewater
Freedom JAX-TPA Residential
Freedom La Mirage
Freedom LHV
Freedom Lubbock
Freedom Miramar Apartments
Freedom Nashville Residential
Freedom REIT
Freedom Sandstone
Freedom Willowdale
Fundo de Investimento em Direitos Creditorios
BB Votorantim Highland Infraestrutura

G&E Apartment REIT The Heights at Olde Towne
G&E Apartment REIT The Myrtles at Olde Towne
GAF REIT
GAF Toys Holdco
Gardens of Denton II
Gardens of Denton III
Gleneagles CLO
Governance
Governance Re
Grayson CLO
Grayson Investors Corp.
Greenbriar CLO
Gunwale
Hakusan
Hammark Holdings
Hampton Ridge Partners
Harko
Haverhill Acquisition Co.
Haygood
HBI Consultoria Empresarial
HCBH 11611 Ferguson
HCBH Buffalo Pointe
HCBH Buffalo Pointe II
HCBH Buffalo Pointe III
HCBH Hampton Woods
HCBH Hampton Woods SM
HCBH Overlook
HCBH Overlook SM
HCBH Rent Investors
HCMS Falcon
HCMS Falcon GP
HCO Holdings
HCOF Preferred Holdings
HCRE 1775 James Ave
HCRE Addison
HCRE Addison TRS
HCRE Hotel Partner
HCRE HWS Partner
HCRE Las Colinas
HCRE Las Colinas TRS
HCRE Partners
HCRE Plano
HCRE Plano TRS
HCREF-I Holding Corp.
HCREF-II Holding Corp.
HCREF-III Holding Corp.
HCREF-IV Holding Corp.
HCREF-IX Holding
HCREF-V Holding

HCREF-VI Holding
HCREF-VII Holding
HCREF-VIII Holding
HCREF-XI Holding
HCREF-XII Holding
HCREF-XIII Holding
HCREF-XIV Holding
HCREF-XV Holding
HCSLR Camelback
HCSLR Camelback Investors
HCSLR Camelback Investors (Cayman)
HE 41
HE Capital
HE Capital 232 Phase I
HE Capital 232 Phase I Property
HE Capital Asante
HE Capital Fox Trails
HE Capital KR
HE CLO Holdco
HE Mezz Fox Trails
HE Mezz KR
HE Peoria Place
HE Peoria Place Property
Heron Pointe Investors
HFP Asset Funding II
HFP Asset Funding III
HFP CDO Construction Corp.
HFP GP
HFRO Sub
Hibiscus HoldCo
Highland - First Foundation Income Fund
Highland 401(k) Plan
Highland Argentina Regional Opportunity Fund
Highland Argentina Regional Opportunity Fund GP
Highland Argentina Regional Opportunity Master Fund
Highland Brasil
Highland Brasilinvest Gestora de Recursos
Highland Capital Brasil Gestora de Recursos
Highland Capital Funds Distributor
Highland Capital Insurance Solutions
Highland Capital Insurance Solutions GP
Highland Capital Loan Fund
Highland Capital Loan GP
Highland Capital Management
Highland Capital Management
Highland Capital Management (Singapore)
Highland Capital Management Charitable Fund
Highland Capital Management Fund Advisors
Highland Capital Management Korea Limited

Highland Capital Management Latin America
Highland Capital Management Multi-Strategy Insurance Dedicated Fund
Highland Capital Management Retirement Plan and Trust
Highland Capital Management Services
Highland Capital Multi-Strategy Fund
Highland Capital of New York
Highland Capital Realty Trust
Highland Capital Special Allocation
Highland CDO Holding Company
Highland CDO Opportunity Fund
Highland CDO Opportunity Fund GP
Highland CDO Opportunity GP
Highland CDO Opportunity Master Fund
Highland CDO Trust
Highland CLO 2018-1
Highland CLO Assets Holdings Limited
Highland CLO Funding
Highland CLO Gaming Holdings
Highland CLO Holdings
Highland CLO Management
Highland CLO Trust
Highland Credit Opportunities CDO
Highland Credit Opportunities CDO
Highland Credit Opportunities CDO Asset Holdings
Highland Credit Opportunities CDO Asset Holdings GP
Highland Credit Opportunities CDO Financing
Highland Credit Opportunities CDO GP
Highland Credit Opportunities Fund
Highland Credit Opportunities Holding Corporation
Highland Credit Opportunities Japanese Feeder Sub-Trust
Highland Credit Strategies Fund
Highland Credit Strategies Holding Corporation
Highland Credit Strategies Master Fund
Highland Dynamic Income Fund
Highland Dynamic Income Fund GP
Highland Dynamic Income Master Fund
Highland Employee Retention Assets
Highland Energy and Materials Fund
Highland Energy Holdings
Highland Energy MLP Fund
Highland ERA Management
Highland eSports Private Equity Fund
Highland Financial Corp.
Highland Financial Partners
Highland Fixed Income Fund

Highland Flexible Income UCITS Fund
Highland Floating Rate Fund
Highland Floating Rate Opportunities Fund
Highland Fund Holdings
Highland Funds I
Highland Funds II
Highland Funds III
Highland GAF Chemical Holdings
Highland General Partner, LP
Highland Global Allocation Fund
Highland Global Allocation Fund II
Highland GP Holdings
Highland HCF Advisor
Highland Healthcare Equity Income and Growth Fund
Highland iBoxx Senior Loan ETF
Highland Income Fund
Highland Latin America Consulting
Highland Latin America GP
Highland Latin America LP
Highland Latin America Trust
Highland Legacy Limited
Highland LF Chemical Holdings
Highland Loan Fund
Highland Loan Funding V
Highland Loan Master Fund
Highland Long/Short Equity Fund
Highland Long/Short Healthcare Fund
Highland Marcal Holding
Highland Merger Arbitrage Fund
Highland Multi Strategy Credit Fund
Highland Multi Strategy Credit Fund GP
Highland Multi Strategy Credit GP
Highland Multifamily Credit Fund
Highland Multi-Strategy Fund GP
Highland Multi-Strategy IDF GP
Highland Multi-Strategy Master Fund
Highland Multi-Strategy Onshore Master Subfund
Highland Multi-Strategy Onshore Master SubFund II
Highland Opportunistic Credit Fund
Highland Park CDO 1
Highland Premier Growth Equity Fund
Highland Premium Energy & Materials Fund
Highland Prometheus Feeder Fund I
Highland Prometheus Feeder Fund II
Highland Prometheus Master Fund
Highland RCP Fund II
Highland RCP II GP
Highland RCP II SLP

Highland RCP II SLP GP
Highland RCP Parallel Fund II
Highland Real Estate Capital
Highland Receivables Finance I
Highland Restoration Capital Partners
Highland Restoration Capital Partners GP
Highland Restoration Capital Partners Master
Highland Restoration Capital Partners Offshore
Highland Select Equity Fund
Highland Select Equity Fund GP
Highland Select Equity GP
Highland Select Equity Master Fund
Highland Small-Cap Equity Fund
Highland Socially Responsible Equity Fund
Highland Special Opportunities Holding Company
Highland SunBridge GP
Highland Tax-Exempt Fund
Highland TCI Holding Company
Highland Total Return Fund
Highland's Roads Land Holding Company
Hirst
HMCF PB Investors
Hockney
HRT North Atlanta
HRT Timber Creek
HRTBH North Atlanta
HRTBH Timber Creek
Huber Funding
HWS Addison
HWS Investors Holdco
HWS Las Colinas
HWS Plano
Jasper CLO
Jewelry Ventures I
JMIJM
Karisopolis
Keelhaul
Kuilima Montalban Holdings
Kuilima Resort Holdco
Lakes at Renaissance Park Apartments Investors
Lakeside Lane
Landmark Battleground Park II
LAT Battleground Park
LAT Briley Parkway
Lautner
Leawood RE Holdings
Liberty Cayman Holdings
Liberty CLO
Long Short Equity Sub
Longhorn Credit Funding

Maple Avenue Holdings
Marcal Paper Mills Holding Company
Mark and Pamela Okada Family Trust - Exempt
Descendants' Trust
Mark and Pamela Okada Family Trust - Exempt
Trust #2
Markham Fine Jewelers
Meritage Residential Partners
ML CLO XIX Sterling (Cayman)
NCI Assets Holding Company
Neutra
New Jersey Tissue Company Holdco
NexAnnuity Holdings
NexBank Capital
NexBank Capital Trust I
NexBank Land Advisors
NexBank Securities
NexBank SSB
NexBank Title
NexPoint Advisors
NexPoint Advisors GP
NexPoint Capital
NexPoint Capital
NexPoint Capital REIT
NexPoint CR F/H DST
NexPoint Credit Strategies Fund
NexPoint Discount Strategies Fund
NexPoint Discount Yield Fund
NexPoint Distressed Strategies Fund
NexPoint Energy and Materials Opportunities
Fund
NexPoint Energy Opportunities Fund
NexPoint Event-Driven Fund
NexPoint Flamingo DST
NexPoint Flamingo Investment Co
NexPoint Flamingo Leaseco
NexPoint Flamingo Manager
NexPoint Healthcare Opportunities Fund
NexPoint Hospitality
NexPoint Hospitality Trust
NexPoint Insurance Distributors
NexPoint Insurance Solutions
NexPoint Insurance Solutions GP
NexPoint Latin American Opportunities Fund
NexPoint Legacy 22
NexPoint Lincoln Porte
NexPoint Lincoln Porte Equity
NexPoint Lincoln Porte Manager
NexPoint Merger Arbitrage Fund
NexPoint Multifamily Capital Trust
NexPoint Multifamily Operating Partnership

NexPoint Multifamily Realty Trust
NexPoint Opportunistic Credit Fund
NexPoint Peoria
NexPoint RE Finance Advisor
NexPoint RE Finance Advisor GP
NexPoint Real Estate Advisors
NexPoint Real Estate Advisors GP
NexPoint Real Estate Advisors II
NexPoint Real Estate Advisors III
NexPoint Real Estate Advisors IV
NexPoint Real Estate Advisors V
NexPoint Real Estate Advisors VI
NexPoint Real Estate Advisors VII
NexPoint Real Estate Advisors VII GP
NexPoint Real Estate Advisors VIII
NexPoint Real Estate Capital
NexPoint Real Estate Finance
NexPoint Real Estate Finance OP GP
NexPoint Real Estate Finance Operating
Partnership
NexPoint Real Estate Opportunities
NexPoint Real Estate Partners
NexPoint Real Estate Strategies Fund
NexPoint Residential Trust Inc.
NexPoint Residential Trust Operating
Partnership
NexPoint Residential Trust Operating
Partnership GP
NexPoint Securities
NexPoint Strategic Income Fund
NexPoint Strategic Opportunities Fund
NexPoint Texas Multifamily Portfolio DST
NexPoint WLIF
NexPoint WLIF I
NexPoint WLIF I Borrower
NexPoint WLIF II
NexPoint WLIF II Borrower
NexPoint WLIF III
NexPoint WLIF III Borrower
NexPoint WLIF Manager
NexStrat
NexVantage Title Services
NexVest
NexWash
NFRO REIT Sub
NFRO TRS
NHF CCD
NHT 2325 Stemmons
NHT Beaverton
NHT Beaverton TRS
NHT Bend

NHT Bend TRS
NHT Destin
NHT Destin TRS
NHT DFW Portfolio
NHT Holdco
NHT Holdings
NHT Intermediary
NHT Nashville
NHT Nashville TRS
NHT Olympia
NHT Olympia TRS
NHT Operating Partnership
NHT Operating Partnership GP
NHT Operating Partnership II
NHT Salem
NHT SP
NHT SP Parent
NHT SP TRS
NHT Tigard
NHT Tigard TRS
NHT TRS
NHT Uptown
NHT Vancouver
NHT Vancouver TRS
NMRT TRS
NREA Adair DST Manager
NREA Adair Investment Co
NREA Adair Joint Venture
NREA Adair Leaseco
NREA Adair Leaseco Manager
NREA Adair Property Manager
NREA Adair, DST
NREA Ashley Village Investors
NREA Cameron Creek Investors
NREA Cityplace Hue Investors
NREA Crossings Investors
NREA Crossings Ridgewood Coinvestment
NREA Crossings Ridgewood Investors
NREA DST Holdings
NREA El Camino Investors
NREA Estates Inc.
NREA Estates Investment Co
NREA Estates Leaseco
NREA Estates Manager
NREA Estates Property Manager
NREA Estates, DST
NREA Gardens DST Manager
NREA Gardens Investment Co
NREA Gardens Leaseco
NREA Gardens Leaseco Manager
NREA Gardens Property Manager

NREA Gardens Springing
NREA Gardens Springing Manager
NREA Gardens, DST
NREA Hidden Lake Investment Co
NREA Hotel TRS
NREA Hue Investors
NREA Keystone Investors
NREA Lincoln Porte
NREA Meritage Inc.
NREA Meritage Investment Co
NREA Meritage Leaseco
NREA Meritage Manager
NREA Meritage Property Manager
NREA Meritage, DST
NREA Oaks Investors
NREA Retreat Investment Co
NREA Retreat Leaseco
NREA Retreat Manager
NREA Retreat Property Manager
NREA Retreat, DST
NREA SE MF Holdings
NREA SE MF Investment Co
NREA SE Multifamily
NREA SE One Property Manager
NREA SE Three Property Manager
NREA SE Two  Property Manager
NREA SE1 Andros Isles Leaseco
NREA SE1 Andros Isles Manager
NREA SE1 Andros Isles, DST
(Converted from DK Gateway Andros)
NREA SE1 Arborwalk Leaseco
NREA SE1 Arborwalk Manager
NREA SE1 Arborwalk, DST
(Converted from MAR Arborwalk)
NREA SE1 Towne Crossing Leaseco
NREA SE1 Towne Crossing Manager
NREA SE1 Towne Crossing, DST
(Converted from Apartment REIT Towne
Crossing, LP)
NREA SE1 Walker Ranch Leaseco
NREA SE1 Walker Ranch Manager
NREA SE1 Walker Ranch, DST
(Converted from SOF Walker Ranch Owner)
NREA SE2 Hidden Lake Leaseco
NREA SE2 Hidden Lake Manager
NREA SE2 Hidden Lake, DST
(Converted from SOF Hidden Lake SA Owner)
NREA SE2 Vista Ridge Leaseco
NREA SE2 Vista Ridge Manager
NREA SE2 Vista Ridge, DST
(Converted from MAR Vista Ridge)

NREA SE2 West Place Leaseco
NREA SE2 West Place Manager
NREA SE2 West Place, DST
(Converted from Landmark at West Place)
NREA SE3 Arboleda Leaseco
NREA SE3 Arboleda Manager
NREA SE3 Arboleda, DST
(Converted from G&E Apartment REIT
Arboleda)
NREA SE3 Fairways Leaseco
NREA SE3 Fairways Manager
NREA SE3 Fairways, DST
(Converted from MAR Fairways)
NREA SE3 Grand Oasis Leaseco
NREA SE3 Grand Oasis Manager
NREA SE3 Grand Oasis, DST
(Converted from Landmark at Grand Oasis, LP)
NREA Southeast Portfolio One Manager
NREA Southeast Portfolio One, DST
NREA Southeast Portfolio Three Manager
NREA Southeast Portfolio Three, DST
NREA Southeast Portfolio Two
NREA Southeast Portfolio Two Manager
NREA Southeast Portfolio Two, DST
NREA SOV Investors
NREA Uptown TRS
NREA VB I
NREA VB II
NREA VB III
NREA VB IV
NREA VB Pledgor I
NREA VB Pledgor II
NREA VB Pledgor III
NREA VB Pledgor IV
NREA VB Pledgor V
NREA VB Pledgor VI
NREA VB Pledgor VII
NREA VB SM
NREA VB V
NREA VB VI
NREA VB VII
NREA Vista Ridge Investment Co
NREC AR Investors
NREC Latitude Investors
NREC REIT Sub
NREC TRS
NREC WW Investors
NREF OP I
NREF OP I Holdco
NREF OP I SubHoldco
NREF OP II

NREF OP II Holdco
NREF OP II SubHoldco
NREF OP IV
NREF OP IV REIT Sub
NREF OP IV REIT Sub TRS
NREO NW Hospitality
NREO NW Hospitality Mezz
NREO Perilune
NREO SAFStor Investors
NREO TRS
NRESF REIT Sub
NXRT Abbington
NXRT Atera
NXRT Atera II
NXRT AZ2
NXRT Barrington Mill
NXRT Bayberry
NXRT Bella Solara
NXRT Bella Vista
NXRT Bloom
NXRT Brandywine
NXRT Brandywine GP I
NXRT Brandywine GP II
NXRT Brentwood
NXRT Brentwood Owner
NXRT Cedar Pointe
NXRT Cedar Pointe Tenant
NXRT Cityview
NXRT Cornerstone
NXRT Crestmont
NXRT Enclave
NXRT Glenview
NXRT H2 TRS
NXRT Heritage
NXRT Hollister
NXRT Hollister TRS
NXRT LAS 3
NXRT Master Tenant
NXRT Nashville Residential
NXRT North Dallas 3
NXRT Old Farm
NXRT Pembroke
NXRT Pembroke Owner
NXRT PHX 3
NXRT Radbourne Lake
NXRT Rockledge
NXRT Sabal Palms
NXRT SM
NXRT Steeplechase
NXRT Stone Creek
NXRT Summers Landing GP

NXRT Summers Landing LP
NXRT Torreyana
NXRT Vanderbilt
NXRT West Place
NXRTBH AZ2
NXRTBH Barrington Mill
NXRTBH Barrington Mill Owner
NXRTBH Barrington Mill SM
NXRTBH Bayberry
NXRTBH Cityview
NXRTBH Colonnade
NXRTBH Cornerstone
NXRTBH Cornerstone Owner
NXRTBH Cornerstone SM
NXRTBH Dana Point
NXRTBH Dana Point SM
NXRTBH Foothill
NXRTBH Foothill SM
NXRTBH Heatherstone
NXRTBH Heatherstone SM
NXRTBH Hollister
NXRTBH Hollister Tenant
NXRTBH Madera
NXRTBH Madera SM
NXRTBH McMillan
NXRTBH North Dallas 3
NXRTBH Old Farm
NXRTBH Old Farm II
NXRTBH Old Farm Tenant
NXRTBH Radbourne Lake
NXRTBH Rockledge
NXRTBH Sabal Palms
NXRTBH Steeplechase
NXRTBH Stone Creek
NXRTBH Vanderbilt
NXRTBH Versailles
NXRTBH Versailles SM
Oak Holdco
Okada Family Revocable Trust
Oldenburg
Pam Capital Funding
Pam Capital Funding GP Co.
PamCo Cayman
Park West 1700 Valley View Holdco
Park West 2021 Valley View Holdco
Park West Holdco
Park West Portfolio Holdco
PCMG Trading Partners XXIII
PDK Toys Holdco
Pear Ridge Partners
Penant Management GP

Penant Management LP
PensionDanmark
Pensionsforsikringsaktieselskab
PetroCap Incentive Partners II
PetroCap Incentive Partners III, LP
PetroCap Partners II
PetroCap Partners III
Pharmacy Ventures I
Pharmacy Ventures II
Pollack
Powderhorn
PWM1
PWM1 Holdings
Pyxis Capital
Pyxis Distributors
Ramarim
Rand Advisors Series I Insurance Fund
Rand Advisors Series II Insurance Fund
Rand PE Fund I
Red River CLO
Red River Investors Corp.
Riverview Partners SC
Rockwall CDO
Rockwall CDO II
Rockwall Investors Corp.
Rothko
RTT Hollister
RTT Rockledge
SCG Atlas Governors Green
SCG Atlas Governors Green Holdings
SCG Atlas Governors Green REIT
SCG Atlas Oak Mill I
SCG Atlas Oak Mill I REIT
SCG Atlas Oak Mill II
SCG Atlas Oak Mill II Holdings
SCG Atlas Oak Mill II REIT
SCG Atlas Stoney Ridge
SCG Atlas Stoney Ridge Holdings
SCG Atlas Stoney Ridge REIT
SE Battleground Park
SE Glenview
SE Governors Green
SE Governors Green Holdings
SE Governors Green I
SE Governors Green II
SE Governors Green REIT
SE Gulfstream Isles GP
SE Gulfstream Isles LP
SE Heights at Olde Towne
SE Lakes at Renaissance Park GP I
SE Lakes at Renaissance Park GP II

SE Lakes at Renaissance Park LP
SE Multifamily Holdings
SE Multifamily REIT Holdings
SE Myrtles at Olde Towne
SE Oak Mill I
SE Oak Mill I Holdings
SE Oak Mill I Owner
SE Oak Mill I REIT
SE Oak Mill II
SE Oak Mill II Holdings
SE Oak Mill II Owner
SE Oak Mill II REIT
SE Quail Landing
SE River Walk
SE SM
SE Stoney Ridge
SE Stoney Ridge Holdings
SE Stoney Ridge I
SE Stoney Ridge II
SE Stoney Ridge REIT
SE Victoria Park
Sevilla Residential Partners
SFH1
SFR WLIF
SFR WLIF I
SFR WLIF II
SFR WLIF III
SFR WLIF Manager
SFR WLIF Series I
SFR WLIF Series II
SFR WLIF Series III
SH Castle BioSciences
Small Cap Equity Sub
Socially Responsible Equity Sub
SOF Brandywine I Owner
SOF Brandywine II Owner
SOF-X GS Owner
Southfork Cayman Holdings
Southfork CLO
Southpoint Reserve at Stoney Creek
Specialty Financial Products Designated
Activity Company
Specialty Financial Products Limited
Spiritus Life
SSB Assets
Starck
Stonebridge-Highland Healthcare Private Equity
Fund
Strand Advisors
Strand Advisors III
Strand Advisors IV

Strand Advisors IX
Strand Advisors V
Strand Advisors XIII
Strand Advisors XVI
Stratford CLO
Summers Landing Apartment Investors
The Dondero Insurance Rabbi Trust
The Dugaboy Investment Trust
The Get Good Non-Exempt Trust No. 1
The Get Good Non-Exempt Trust No. 2
The Get Good Trust
The Ohio State Life Insurance Company
The Okada Family Foundation
The Okada Insurance Rabbi Trust
The SLHC Trust
Thread 55
Tihany
Tranquility Lake Apartments Investors
Tuscany Acquisition
Uptown at Cityplace Condominium Association
US Gaming
US Gaming OpCo
US Gaming SPV
Valhalla CLO
VB GP
VB Holding
VB One
VB OP Holdings
VBAnnex C GP
VBAnnex C Ohio
VBAnnex C, LP
VineBrook Annex B
VineBrook Annex I
VineBrook Homes Merger Sub
VineBrook Homes Merger Sub II
VineBrook Homes OP GP
VineBrook Homes Operating Partnership
VineBrook Homes Trust
VineBrook Partners I
VineBrook Partners II
VineBrook Properties
Wake LV Holdings
Wake LV Holdings II
Walter Holdco
Walter Holdco GP
Walter Holdco I
Warhol
Westchester CLO
Wright
Yellow Metal Merchants

**EXHIBIT B**

**Listing of Parties-in-Interest Noted for Court Disclosure**

| | |
|---|---|
| UBS Securities | UBS is a client of an affiliate of Teneo Capital in connection with unrelated matters. UBS served as investment banker to a constituency that was adverse to a client group of Teneo Capital in an unrelated matter. |
| Blank Rome | Teneo Capital and Blank Rome are representing a common client in an unrelated matter. |
| Jenner & Block | Jenner and Teneo Capital represented a common client in a concluded, unrelated matter. |
| Latham Watkins | Latham servces as counsel to a party adverse to a Teneo Capital employee in his capacity as trustee of a litigation trust in an unrealted matter. Latham has advised clients with interestst adverse to those of clients of Teneo Capital in unrelated matters. |
| Morris, Nichols, Arsht & Tunnel | Morris Nichols serves as counsel to an individual UCC member in an unrelated matter in which Teneo Capital represents the UCC. Morris Nichols is counsel to a lender group for a lending facility for which Teneo Capital provided financial advisory services to the facility and the administrative agent in an unrelated matter. Morris Nichols was counsel to an equity committee in an unrelated matter where Teneo Capital provided financial advisory services to that committee. |

| | |
|---|---|
| Sidley Austin | Sidley was counsel to to a company for which Teneo Capital provided interim management services. |
| Young Conaway Stargatt & Taylor | Young Conaway and Teneo Capital represented common clients in unrelated, concluded matters, including where one or more Teneo Capital employees served as officers of the entity for which Young Conaway is or was counsel.  Young Conaway and Teneo Capital are representing adverse interests in an unrelated matter. |
| FTI | FTI is serving as financial advisor to a debtor for which Teneo Capital is providing interim management services in an unrelated matter.  FTI has served as financial advisor to clients who are adverse to clients of Teneo Capital in unrelated matters. |
| Andrews Kurth | Hunton Williams Andrews Kurth and Teneo Capital represented a common client in an unrelated, concluded matter. Hunton represented a client adverse to a client of Teneo Capital in a concluded, unrelated matter. |
| Boies, Schiller & Flexner | Teneo Capital provided expert services to a Boies client in a concluded, unrelated matter. |
| Debevoise & Plimpton | Teneo Capital and Debevoise represented a common client in a concluded, unrelated matter. |

| DLA Piper (US) | Teneo Capital is providing expert witness services to DLA on behalf of a common client in an unrelated matter. DLA is advising creditors for whom Teneo Capital was providing financial advisory services in an unrelated matter. |
|---|---|
| Duff & Phelps | Teneo is providing expert witness services in an unrelated matter to a Duff employee in his capacity as a Chapter 11 Trustee. Teneo Capital is working with the employee of a predecessor firm who is now at Duff in connection with certain unrelated expert witness client matters. |
| Foley & Lardner | Foley serves a counsel to a Teneo Capital employee in his capacity as a member of the Restructuring Committee in an unrelated matter. |
| McKool Smith | McKool Smith and Teneo Capital represented a common client in a concluded, unrelated matter. |
| Reid Collins & Tsai | Reid Collins and Teneo Capital represented a common client in an unrelated matter. |
| Deloitte | An affiliate of Teneo Capital has agreed, subject to regulatory approval and closing, to acquire the UK Restructuring Business of Deloitte. |
| Maples (Cayman) | Maples serves as counsel to a fund for which a Teneo Capital employee was serving as replacement general partner in a concluded, unrelated matter. |

| | |
|---|---|
| PricewaterhouseCoopers | PWC served as financial advisor to a client for which Teneo Capital provided interim management services in an unrelated, concluded matter. |
| Wilmer Hale | WilmerHale serves as counsel to clients adverse to Teneo Capital clients in unrelated matters. WilmerHale represents clients adverse to constituents of a Teneo Capital employee in his capacity as a member of the Restrtucturing Committee in an unrelated matter |
| Alvarez & Marshal CF Management | A&M serves as financial advisor to an entity whose interest may be adverse to those of a client of Teneo Capital in an unrelated matter. |
| Jackson Walker | Jackson Walker was counsel to a company for which Teneo Capital served as financial advisor to its independent directors in an unrelated matter. Jackson Walker served as counsel to a party adverse to a client of Teneo Capital in a concluded, unrelated matter. |
| Russell Nelms | Teneo Capital serves as financial advisor to Judge Nelms in his capacity as a litigation trustee in an unrelated matter. |