| | |
|---|---|
| **From:** | Rognes, Chandler <crognes@sidley.com> |
| **Sent:** | Friday, April 16, 2021 12:23 PM |
| **To:** | Louis M. Phillips |
| **Cc:** | Montgomery, Paige; Hugh Connor; Michael Anderson; Amelia L. Hurt |
| **Subject:** | UCC v. CLO Holdco, et al. - extension on response deadline |

Louis,

The Committee would like to request an extension of our time to oppose or otherwise respond to CLO Holdco and Highland Dallas Foundation's motion to withdraw the reference and motion to dismiss. Are you agreeable to an extension to and including May 21, 2021? The other defendants have already agreed to such an extension with regard to their pending motions and we would prefer to respond on the same date for all defendants, if possible.

Thanks,
Chandler

**CHANDLER M. ROGNES**
Associate

**SIDLEY AUSTIN LLP**
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
+1 214 969 3578
crognes@sidley.com
www.sidley.com



****************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

****************************************************************************************

EXHIBIT 2

1