| | |
|---|---|
| **From:** | Louis M. Phillips |
| **Sent:** | Monday, April 19, 2021 5:09 PM |
| **To:** | Rognes, Chandler; Amelia L. Hurt |
| **Cc:** | Montgomery, Paige; Hugh Connor; Michael Anderson |
| **Subject:** | RE: UCC v. CLO Holdco, et al. - extension on response deadline |

Chandler,

We have sent to the other defendants our proposed June 3 date, with which the Court is good.  We are looking to the Court for a time and hopefully will have that either today or tomorrow.  With the June 3 date, we can agree to a May 21, 2021 response deadline. We just wanted a few more days (than three) within which to formulate our reply.  Hopefully we can get our notice(s) out tomorrow.  Is this message sufficient?

**Louis M. Phillips**
*Partner*



KELLY HART & PITRE
301 MAIN STREET SUITE 1600
BATON ROUGE, LOUISIANA 70801
TELEPHONE: 225-381-9643
FAX: 225-336-9763
DIRECT:  225-338-5308

[louis.phillips@kellyhart.com](louis.phillips@kellyhart.com)
[www.kellyhart.com](www.kellyhart.com)

*Licensed to Practice in the State of Louisiana*

Confidentiality Notice: The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2510, et seq., and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (225) 381-9643 and return the original message to us at **louis.phillips@kellyhart.com**.

IRS Circular 230 Disclosure: Any tax advice contained in this email including any attachments, was not intended to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code or other law or for the purpose of marketing or recommending to any other party any transaction or other matter.

**From:** Rognes, Chandler <crognes@sidley.com>
**Sent:** Monday, April 19, 2021 5:04 PM



**To:** Louis M. Phillips <Louis.Phillips@kellyhart.com>; Amelia L. Hurt <Amelia.Hurt@kellyhart.com>
**Cc:** Montgomery, Paige <pmontgomery@sidley.com>; Hugh Connor <hugh.connor@kellyhart.com>; Michael Anderson <michael.anderson@kellyhart.com>
**Subject:** RE: UCC v. CLO Holdco, et al. - extension on response deadline

Hi Louis and Amelia,

Checking in to see if you are okay with our requested extension of time to oppose or otherwise respond to CLO Holdco and Highland Dallas Foundation's motion to withdraw the reference and motion to dismiss to May 21? Similarly, were you able to get a setting with the Court for the week of June 1?

Thanks,
Chandler


**CHANDLER M. ROGNES**
Associate

**SIDLEY AUSTIN LLP**
+1 214 969 3578
crognes@sidley.com


> **From:** Louis M. Phillips <Louis.Phillips@kellyhart.com>
> **Sent:** Friday, April 16, 2021 1:13 PM
> **To:** Rognes, Chandler <crognes@sidley.com>
> **Cc:** Montgomery, Paige <pmontgomery@sidley.com>; Hugh Connor <hugh.connor@kellyhart.com>; Michael Anderson <michael.anderson@kellyhart.com>; Amelia L. Hurt <Amelia.Hurt@kellyhart.com>
> **Subject:** Re: UCC v. CLO Holdco, et al. - extension on response deadline
>
> My only concern is that the Court gave us a hearing date of May 25. I am in a mediation (just took a break). I want to make sure that if we need to reply the Court has an opportunity to review (and we have enough time - I am real slow- to respond.
>
> Can I get with my work mate Amelia and try to get back to you today?
>
>
> ---
> Sent from Workspace ONE Boxer
>
> On April 16, 2021 at 12:23:28 PM CDT, Rognes, Chandler <crognes@sidley.com> wrote:
>
> Louis,
>
> The Committee would like to request an extension of our time to oppose or otherwise respond to CLO Holdco and Highland Dallas Foundation's motion to withdraw the reference and motion to dismiss. Are you agreeable to an extension to and including May 21, 2021? The other defendants have already agreed to such an extension with regard to their pending motions and we would prefer to respond on the same date for all defendants, if possible.
>
> Thanks,
> Chandler
>
> **CHANDLER M. ROGNES**
> Associate

**SIDLEY AUSTIN LLP**
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
+1 214 969 3578
crognes@sidley.com
www.sidley.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*