| | |
|---|---|
| **From:** | Louis M. Phillips |
| **Sent:** | Monday, May 17, 2021 4:47 PM |
| **To:** | Rognes, Chandler; Warren Horn; Roland Schafer; Brian Clark; Amelia L. Hurt; Hugh Connor; Michael Anderson; Clay Taylor; Douglas Draper; Bryan Assink; John J. Kane; John Wilson; John Bonds |
| **Cc:** | Montgomery, Paige; Abdul-Jabbar, Mustafa |
| **Subject:** | RE: UCC v. CLO Holdco, et al. - motion to stay |

Chandler,

Also, and I came late to the bankruptcy case and related matters, but wasn't any Committee litigation to be initiated within 90 days of the registry order? I have seen that this deadline was extended to accommodate discovery but there was that extension. Also, it seems as though the UCC refrained from serving parties, which generated further delay. We did ask for a short extension for a long time to respond so that all responses for my two clients would be filed together, but the extension was very short. As mentioned below we granted your requested extension, which you mad without any mention of a further extension caused by a "stay." I reiterate the message below.

**Louis M. Phillips**
*Partner*



KELLY HART & PITRE
301 MAIN STREET SUITE 1600
BATON ROUGE, LOUISIANA 70801
TELEPHONE: 225-381-9643
FAX: 225-336-9763
DIRECT: 225-338-5308

louis.phillips@kellyhart.com
www.kellyhart.com



*Licensed to Practice in the State of Louisiana*

Confidentiality Notice: The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2510, et seq., and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (225) 381-9643 and return the original message to us at louis.phillips@kellyhart.com.

IRS Circular 230 Disclosure: Any tax advice contained in this email including any attachments, was not intended to be used, and

cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code or other law or for the purpose of marketing or recommending to any other party any transaction or other matter.

**From:** Louis M. Phillips
**Sent:** Monday, May 17, 2021 4:12 PM
**To:** 'Rognes, Chandler' <crognes@sidley.com>; Warren Horn <whorn@hellerdraper.com>; Roland Schafer <roland@bondsellis.com>; Brian Clark <bclark@krcl.com>; Amelia L. Hurt <Amelia.Hurt@kellyhart.com>; Hugh Connor <hugh.connor@kellyhart.com>; Michael Anderson <michael.anderson@kellyhart.com>; Clay Taylor <clay.taylor@bondsellis.com>; Douglas Draper <ddraper@hellerdraper.com>; Bryan Assink <bryan.assink@bondsellis.com>; John J. Kane <jkane@krcl.com>; John Wilson <john.wilson@bondsellis.com>; John Bonds <john@bondsellis.com>
**Cc:** Montgomery, Paige <pmontgomery@sidley.com>; Abdul-Jabbar, Mustafa <mabdul-jabbar@sidley.com>
**Subject:** RE: UCC v. CLO Holdco, et al. - motion to stay

Chandler and counsel,

On behalf of Highland Dallas Foundation and CLO HoldCo, we oppose the requested stay.  First, we granted an extension until May 21 by which the UCC is to respond to the motions to withdraw reference and to dismiss, and to the UCC exceeding the page limit.  Second, the UCC and its very capable counsel cannot need oversight to deal with the Motion to Withdraw Reference.  We think the withdrawal motions should be considered by the Court on June 3, and then send her recommendation thereafter.  As you know, the Court has pushed our motions to dismiss, without date, so no stay is really necessary now.  We have no idea as to how long the Court will take with its recommendation, but we need to get the court in which the litigation will take place to get set.  In fact, nothing will really happen until the District Court rules, as all parties will have the right to respond to the bankruptcy court's recommendation.  The point here is that there is a long extension already built into our situation, and we all need the withdrawal motions resolved.  We would consider a stay involving any matter other than the withdrawal motions, but that is not what you requested.  There is utterly no reason for an extension of the response deadline.  None at all.  Also, utterly no reason to postpone the withdrawal process.

Please advise that we are opposed to the stay as described in the message below.


**Louis M. Phillips**
*Partner*



KELLY HART & PITRE
301 MAIN STREET SUITE 1600
BATON ROUGE, LOUISIANA 70801
TELEPHONE: 225-381-9643
FAX: 225-336-9763
DIRECT:  225-338-5308

*louis.phillips@kellyhart.com*
*www.kellyhart.com*

*Licensed to Practice in the State of Louisiana*

Confidentiality Notice: The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2510, et seq., and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (225) 381-9643 and return the original message to us at louis.phillips@kellyhart.com.

IRS Circular 230 Disclosure: Any tax advice contained in this email including any attachments, was not intended to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code or other law or for the purpose of marketing or recommending to any other party any transaction or other matter.

**From:** Rognes, Chandler <crognes@sidley.com>
**Sent:** Monday, May 17, 2021 3:11 PM
**To:** Louis M. Phillips <Louis.Phillips@kellyhart.com>; Warren Horn <whorn@hellerdraper.com>; Roland Schafer <roland@bondsellis.com>; Brian Clark <bclark@krcl.com>; Amelia L. Hurt <Amelia.Hurt@kellyhart.com>; Hugh Connor <hugh.connor@kellyhart.com>; Michael Anderson <michael.anderson@kellyhart.com>; Clay Taylor <clay.taylor@bondsellis.com>; Douglas Draper <ddraper@hellerdraper.com>; Bryan Assink <bryan.assink@bondsellis.com>; John J. Kane <jkane@krcl.com>; John Wilson <john.wilson@bondsellis.com>; John Bonds <john@bondsellis.com>
**Cc:** Montgomery, Paige <pmontgomery@sidley.com>; Abdul-Jabbar, Mustafa <mabdul-jabbar@sidley.com>
**Subject:** UCC v. CLO Holdco, et al. - motion to stay

All,

On Friday, the Committee filed an application to retain Teneo (the future litigation trustee under the terms of the Plan) as litigation advisor to the Committee for the interim time period before the Plan goes effective. Because this adversary proceeding will transfer to the litigation trustee upon effective date of the Plan, we plan to file a motion to stay the adversary proceeding, including the response deadlines and hearings set for the pending motions to dismiss and motions to withdraw the reference, for 90 days, to allow Teneo sufficient time to acquaint itself with the status of the adversary proceeding and the pending motions, and to determine how to proceed.

Given our Friday (May 21) response deadlines for the pending motions to dismiss and motions to withdraw the reference, and the status conference for the motions to withdraw the reference set for June 3, we plan to file the motion on an emergency and expedited basis. Of course, if you would agree that our response deadlines and the June 3 status conference could be postponed until the Court rules on the motion to stay the adversary proceeding, we would file the motion with the normal 21-day notice period.

Can you please let us know if the defendants oppose either: (1) a 90 day stay of the adversary proceeding and/or (2) an expedited hearing on the motion to stay? Given the tight turnaround, we would appreciate a response as soon as possible. We plan to file our motions this evening.

Thanks,
Chandler

**CHANDLER M. ROGNES**
Associate

**SIDLEY AUSTIN LLP**
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
+1 214 969 3578
crognes@sidley.com
www.sidley.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*