IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | Case No. 19-34054-sgj11 | |
| § | | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § § | Chapter 11 | |
| § | | |
| **Debtor** § | | |

| | | |
|---|---|---|
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS,** § § § | | |
| § | | |
| **Plaintiff,** § § | **Adversary No. 20-03195** | |
| § | | |
| vs. § § | | |
| **CLO HOLDCO, LTD., CHARITABLE DAF HOLDCO, LTD., CHARITABLE DAF FUND, LP, HIGHLAND DALLAS FOUNDATION, INC., THE DUGABOY INVESTMENT TRUST, GRANT JAMES SCOTT III IN HIS INDIVIDUAL CAPACITY, AS TRUSTEE OF THE DUGABOY INVESTMENT TRUST, AND AS TRUSTEE OF THE GET GOOD NONEXEMPT TRUST, AND JAMES D. DONDERO,** § § § § § § § § § § § § § | | |
| **Defendants.** § | | |

**RESPONSE IN OPPOSITION**

The Dugaboy Investment Trust and the Get Good Non Exempt Trust adopt the Response in Opposition of CLO HOLDCO, LTD. and Highland Dallas Foundation, Inc. to the *Emergency Motion to Stay the Adversary Proceeding for Ninety Days* (Dkt. No. 46) (the "Motion to Stay") filed by the Official Committee of Unsecured Creditors (the "Committee").

Dated: May 20, 2021

                                  Respectfully submitted,

*/s/Douglas S. Draper.*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Warren Horn, La. Bar No. 14380
whorn@hellerdraper.com

Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3300
Fax: (504) 299-3399

ATTORNEYS FOR THE DUGABOY INVESTMENT TRUST AND THE GET GOOD TRUST..

## CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that a true and correct copy of the above and foregoing Response in Opposition was sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on this May 20, 2021:

- Bryan C. Assink    bryan.assink@bondsellis.com
- Douglas S. Draper    ddraper@hellerdraper.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com
- William R. Howell    william.howell@bondsellis.com, williamhowell@utexas.edu
- John J. Kane    jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com
- Paige Holden Montgomery    pmontgomery@sidley.com, txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com
- Louis M. Phillips    louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com

                                  */s/ Douglas S. Draper*
                                  Douglas S. Draper