BTXN 208 (rev. 07/09)

| IN RE: Official Committee of Unsecured Creditors v. CLO Holdco, Ltd. et al | Motion For Leave filed by Plaintiff Official Committee of Unsecured Creditors doc. #46 | Case # 20–03195–sgj |
|---|---|---|

DEBTOR

**TYPE OF HEARING**

| Official Committee of Unsecured Creditors | VS | CLO Holdco, Ltd. |
|---|---|---|
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| Paige Holden Montgomery | | Louis M. Phillips |
|---|---|---|
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**
SEE EXHIBIT LIST

Exhibit #1 – Application to Employ Teneo; Doc. #2306

Exhibit #2 – April 16, 2012 Email from C. Rognes Re: UCC v. CLO Holdco, et al. – extension on response to deadline

Exhibit #3 – April 19, 2021 Email from C. Rognes Re: UCC v. CLO Holdco, et al. – extension on response deadline

Exhibit #4 – May 17, 2021 3:11 p.m. Email from C. Rognes Re: UCC v. CLO Holdco, et al. – motion to stay

Exhibit #5 – May 17, 2021 4:47 p.m. Email from L. Phillips Re: UCC v. CLO Holdco, et al. – motion to stay

Exhibit #6 – May 17, 2021 4:12 p.m. Email from L. Phillips Re: UCC v. CLO Holdco, et al. – motion to stay

| Michael Edmond | May 20, 2021 | Stacey G. Jernigan |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |