BTXN 138 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P. and CLO Holdco, Ltd.<br><br>Debtor(s) | §§§§§§ | Case No.: 19–34054–sgj11<br>Chapter No.: 11 |
| Official Committee of Unsecured Creditors<br>Plaintiff(s)<br>vs.<br>CLO Holdco, Ltd. et al.<br>Defendant(s) | §§§§§§ | Adversary No.: 20–03195–sgj<br><br>Civil Case No.: |
| Official Committee of Unsecured Creditors<br>Plaintiff(s)<br>vs.<br>CLO Holdco, Ltd., et al.<br>Defendant(s) | §§§§§§§ | |

# NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☑ One copy of the Motion to Withdraw Reference (USDC Civil Action No. – DNC Case) **NOTE**: A Status Conference has been set for 6/3/2021 at 9:30a.m., in via https://us–courts.webex.com/meet/jerniga before U.S. Bankruptcy Judge Stacy G. C. Jernigan. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.

- ☐ One copy of: _.

**TO ALL ATTORNEYS:** Fed.R.Bankr.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.


DATED: 5/17/21               FOR THE COURT:
                             Robert P. Colwell, Clerk of Court

                             by: /s/Sheniqua Whitaker, Deputy Clerk

Case 20-03195-sgj Doc 61 Filed 05/23/21    Entered 05/23/21 14:30:01    Page 2 of 8
Case 3:21-cv-01174-S   Document 1   Filed 05/23/21   Page 2 of 5   PageID 2
BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# WITHDRAWAL OF REFERENCE SERVICE LIST

## Transmission of the Record

BK Case No.: 19–34054–sgj11

Adversary No.: 20–03195–sgj

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G. Jernigan
    Robert (Bob) Schaaf
    Nathan (Nate) Elner
    Attorney(s) for Appellant
    US Trustee

**Plaintiff**   Official Committee of Unsecured Creditors

Paige Holden Montgomery
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
(214) 981–3300

**Defendant**   CLO Holdco, Ltd. and Highland Dallas Foundation, Inc.

Louis M. Phillips
KELLY HART & PITRE
301 Main Street, Suite 1600
Baton Rouge, LA 70801
(225) 381–9643

**Defendant**   Charitable DAF Holdco, Ltd. (Pro Se)

No contact information

**Defendant**   Charitable DAF Fund, LP (Pro Se)

No contact information

**Defendant**   The Dugaboy Investment Trust and The Get Good Nonexempt Trust

Douglas S. Draper
Heller, Draper & Horn, L.L.C.
650 Poydras St., Suite 2500
New Orleans, LA 70130
(504) 299–3300

**Defendant**   Grant James Scott III

John J. Kane
Kane Russell Coleman Logan PC
901 Main Street
Suite 5200
Dallas, TX 75202
(214) 777–4261

**Defendant**   James D. Dondero

Bryan C. Assink
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St., Suite 1000
Fort Worth, TX 76102
(817) 405–6900
Fax : (817) 405–6902

William R. Howell, Jr.
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102
(817) 405–6900

BTXN 150 (rev. 11/10)

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P. and CLO Holdco, Ltd.<br>　　　　　　　　　　　　　　　　　　Debtor(s)<br>Official Committee of Unsecured Creditors<br>　　　　　　　　　　　　　　　　　　Plaintiff(s)<br>　　vs.<br>CLO Holdco, Ltd. et al.<br>　　　　　　　　　　　　　　　　　　Defendant(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.:   19−34054−sgj11<br>Chapter No.:  11<br><br>Adversary No.:  20−03195−sgj |

## CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFF**
Official Committee of Unsecured Creditors

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Paige Holden Montgomery
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
(214) 981−3300

**DEFENDANT**
CLO Holdco, Ltd., et al.

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

Attorney's (If Known)
CLO Holdco, Ltd and Highland Dallas Foundation, Inc:

Louis M. Phillips
KELLY HART & PITRE
301 Main Street, Suite 1600
Baton Rouge, LA 70801
(225) 381−9643

Charitable DAF Holdco, Ltd (Pro Se):

Charitable DAF Holdco, Ltd (Pro Se):

Charitable DAF Fund, LP (Pro Se):

The Dugaboy Investment Trust and The Get Good Nonexempt Trust:

Douglas S. Draper
Heller, Draper & Horn, L.L.C.
650 Poydras St., Suite 2500
New Orleans, LA 70130

Grant James Scott III:

John J. Kane
Kane Russell Coleman Logan PC
901 Main Street
Suite 5200
Dallas, TX 75202
(214) 777−4261

James D. Dondero:

Bryan C. Assink
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St., Suite 1000
Fort Worth, TX 76102
(817) 405−6900

**II. BASIS OF JURISDICTION**

| ○ 1 | U.S. Government Plaintiff | ○ 2 | U.S. Government Defendant | ● 3 | Federal Question (U.S. Government Not a Party) | ○ 4 | Diversity (Indicate Citizenship of Parties in Item III) |
|---|---|---|---|---|---|---|---|

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

| ○ 422 Appeal 28 USC 158 | ● 423 Withdrawal 28 USC 157 | ○ 890 Other Statutory Actions |
|---|---|---|

**V. ORIGIN**

- (●) 1 Original Proceeding
- ( ) 2 Removed from State Court
- ( ) 3 Remanded from Appellate Court
- ( ) 4 Reinstated or Reopened
- ( ) 5 Transferred from another district
- ( ) 6 Multidistrict Litigation
- ( ) 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
423 Withdrawal 28 USC 157

Brief description of cause:
Motion to withdraw the reference

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23     DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                         Docket Number:   3:21-cv-01112-C   3:21-cv-01173-X

DATED: 5/17/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court
by: /s/Sheniqua Whitaker, Deputy Clerk

John Y. Bonds, III
TX 02589100 *(Admitted Bankr. N.D. Tex.)*
Roland P. Schafer
TX 24056271 *(Admitted Bankr. N.D. Tex.)*
Bryan C. Assink
TX 24089009 *(Admitted Bankr. N.D. Tex.)*
William R. Howell, Jr.
NY 5091269 *(Admitted Bankr. N.D. Tex.)*
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile

ATTORNEYS FOR DEFENDANT JAMES DONDERO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § § | **Case No. 19-34054-sgj11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § § § § | **Chapter 11** |
| Debtor. | § § | |

| | | |
|---|---|---|
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § § | **Adversary No. 20-03195** |
| **CLO HOLDCO, LTD., CHARITABLE DAF HOLDCO, LTD., CHARITABLE DAF FUND, LP, HIGHLAND DALLAS FOUNDATION, INC., THE DUGABOY INVESTMENT TRUST, GRANT JAMES SCOTT III IN HIS INDIVIDUAL CAPACITY, AS TRUSTEE OF THE DUGABOY INVESTMENT TRUST, AND AS TRUSTEE OF THE GET GOOD NONEXEMPT TRUST, AND JAMES D. DONDERO,** | § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

# RELIEF REQUESTED FROM DISTRICT COURT

# JURY TRIAL DEMANDED

# DEFENDANT JAMES DONDERO'S MOTION TO WITHDRAW THE REFERENCE AND JOINDER IN SUPPORT OF MOTIONS BY OTHER DEFENDANTS TO WITHDRAW THE REFERENCE

Defendant James Dondero ("Dondero") files this *Motion to Withdraw the Reference* (the "Motion") and joins Defendants CLO Holdco, Ltd., Highland Dallas Foundation, Inc., The Dugaboy Investment Trust, and The Get Good Nonexempt Trust in their motions to do the same. *See* Docket Nos. 24 & 33 (the "Other Motions"). This Motion incorporates by reference the Other Motions and their attached briefs in support, which address the District Court's jurisdiction, the statutes and rules governing this Motion, and the history of this matter. Dondero respectfully presents the following:

The Bankruptcy Court does not have constitutional authority to enter a final judgment here because the Plaintiff seeks money damages. *Stern v. Marshall*, 564 U.S. 462, 484 (2011).[1] When a party is seeking a claim for money damages, the claim is "unquestionably legal," *Dairy Queen, Inc. v.* Wood, 369 U.S. 469, 476 (1962), such that "the constitutional right to trial by jury cannot be made to depend upon the choice of words used in the pleadings." *Id.* at 477-78. Dondero has a 7th Amendment right to a jury trial and does not consent to the Bankruptcy Court conducting a jury trial in this adversary proceeding. Dondero does not consent to the Bankruptcy

---

[1] "Article III could neither serve its purpose in the system of checks and balances nor preserve the integrity of judicial decisionmaking if the other branches of the Federal Government could confer the Government's 'judicial Power' on entities outside Article III. That is why we have long recognized that, in general, Congress may not 'withdraw from judicial cognizance any matter which, from its nature, is the subject of a suit at the common law, or in equity, or admiralty.' When a suit is made of 'the stuff of the traditional actions at common law tried by the courts at Westminster in 1789,' and is brought within the bounds of federal jurisdiction, **the responsibility for deciding that suit rests with Article III judges in Article III courts**. The Constitution assigns that job--resolution of 'the mundane as well as the glamorous, matters of common law and statute as well as constitutional law, issues of fact as well as issues of law'--to the Judiciary." (bold emphasis added) (internal citations omitted).

Court entering final orders or judgments in this adversary proceeding. He has not waived his right to a jury trial or to Article III adjudication, and for the reasons set forth in this Motion and the Other Motions, Dondero asks that the reference of this adversary proceeding to the Bankruptcy Court be withdrawn.

Dated: May 10, 2021                                  Respectfully submitted,

*/s/ William R. Howell, Jr.*
John Y. Bonds, III
TX 02589100 *(Admitted Bankr. N.D. Tex.)*
Roland P. Schafer
TX 24056271 *(Admitted Bankr. N.D. Tex.)*
Bryan C. Assink
TX 24089009 *(Admitted Bankr. N.D. Tex.)*
William R. Howell, Jr.
NY 5091269 *(Admitted Bankr. N.D. Tex.)*
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: john@bondsellis.com
Email: roland@bondsellis.com
Email: bryan.assink@bondsellis.com
Email: william.howell@bondsellis.com

**ATTORNEYS FOR DEFENDANT JAMES DONDERO**

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 10, 2021, this document was filed electronically via the Court's CM/ECF system which automatically provides notice to registered parties.

*/s/ William R. Howell, Jr.*
William R. Howell, Jr.