

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 21, 2021**

_____
United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | |
| Debtor, | Case No. 19-34054-SGJ11 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Plaintiff, | |
| vs. | Adversary Proceeding No. 20-03195 |
| CLO HOLDCO, LTD., CHARITABLE DAF HOLDCO, LTD., CHARITABLE DAF FUND, LP, HIGHLAND DALLAS FOUNDATION, INC., THE DUGABOY INVESTMENT TRUST, GRANT JAMES SCOTT III IN HIS INDIVIDUAL CAPACITY, AS TRUSTEE OF THE DUGABOY | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

| | |
|---|---|
| INVESTMENT TRUST, AND AS TRUSTEE OF THE GET GOOD NONEXEMPT TRUST, AND JAMES D. DONDERO, | ) ) ) ) |
| Defendants. | ) ) ) |

### ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EMERGENCY MOTION TO STAY THE ADVERSARY PROCEEDING FOR NINETY DAYS

Upon consideration of the official committee of unsecured creditors' *Emergency Motion to Stay the Adversary Proceeding for Ninety Days* [Docket No. 46] (the "Motion"), the *Response in Opposition* [Docket No. 50] filed by Defendants CLO Holdco, Ltd. and Highland Dallas Foundation, Inc., the *Response in Opposition* [Docket No. 53] filed by Defendants The Dugaboy Investment Trust and the Get Good Nonexempt Trust, and the arguments presented at the emergency hearing conducted before this Court on May 20, 2021,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED.**

2. The Adversary Proceeding,[2] including any current response deadlines and hearing dates, is stayed for ninety days after the issuance of this Order.

3. This Court shall retain jurisdiction over all matters arising from or relating to the interpretation or implementation of this Order.

### End of Order ###

---

[2] Capitalized terms used but not defined herein shall have the respective meanings given to them in the Motion.

268957253v.1