

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 21, 2021**

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | |
| Debtor, | Case No. 19-34054-SGJ11 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Plaintiff, | |
| vs. | Adversary Proceeding No. 20-03195 |
| CLO HOLDCO, LTD., CHARITABLE DAF HOLDCO, LTD., CHARITABLE DAF FUND, LP, HIGHLAND DALLAS FOUNDATION, INC., THE DUGABOY INVESTMENT TRUST, GRANT JAMES SCOTT III IN HIS INDIVIDUAL CAPACITY, AS TRUSTEE OF THE DUGABOY | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

| | |
|---|---|
| INVESTMENT TRUST, AND AS TRUSTEE OF THE GET GOOD NONEXEMPT TRUST, AND JAMES D. DONDERO,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EMERGENCY MOTION TO STAY THE ADVERSARY PROCEEDING FOR NINETY DAYS

Upon consideration of the official committee of unsecured creditors' *Emergency Motion to Stay the Adversary Proceeding for Ninety Days* [Docket No. 46] (the "Motion"), the *Response in Opposition* [Docket No. 50] filed by Defendants CLO Holdco, Ltd. and Highland Dallas Foundation, Inc., the *Response in Opposition* [Docket No. 53] filed by Defendants The Dugaboy Investment Trust and the Get Good Nonexempt Trust, and the arguments presented at the emergency hearing conducted before this Court on May 20, 2021,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED.**

2. The Adversary Proceeding,[2] including any current response deadlines and hearing dates, is stayed for ninety days after the issuance of this Order.

3. This Court shall retain jurisdiction over all matters arising from or relating to the interpretation or implementation of this Order.

### End of Order ###

---

[2] Capitalized terms used but not defined herein shall have the respective meanings given to them in the Motion.

268957253v.1

United States Bankruptcy Court

Northern District of Texas

Official Committee of Unsecured Creditor,
    Plaintiff

CLO Holdco, Ltd.,
    Defendant

Adv. Proc. No. 20-03195-sgj

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: mmathews      Page 1 of 2
Date Rcvd: May 24, 2021      Form ID: pdf001      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Cheryl Wilcoxson, US Trustee, 1100 Commerce St., Ste. 976, Dallas, TX 75242-0996 |
| dft | + | The Dugaboy Investment Trust, c/o D. Michael Lynn, 420 Throckmorton Street, Suite 1000, Fort Worth, TX 76102-3727 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | May 24 2021 20:57:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | May 24 2021 20:57:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | May 24 2021 20:57:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Sandra Nixon, U.S. Trustee |
| ust | | mario zavala |
| dft | | Charitable DAF Fund, LP |
| dft | | Charitable DAF Holdco, Ltd. |
| ust | *+ | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2021      Signature:      /s/Joseph Speetjens

District/off: 0539-3 | User: mmathews | Page 2 of 2
Date Rcvd: May 24, 2021 | Form ID: pdf001 | Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2021 at the address(es) listed below:**

**Name** **Email Address**

Bryan C. Assink
on behalf of Defendant James D. Dondero bryan.assink@bondsellis.com

Douglas S. Draper
on behalf of Defendant The Get Good Nonexempt Trust ddraper@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com

Douglas S. Draper
on behalf of Defendant The Dugaboy Investment Trust ddraper@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com

John J. Kane
on behalf of Defendant Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com

Louis M. Phillips
on behalf of Defendant CLO Holdco  Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com

Louis M. Phillips
on behalf of Defendant Highland Dallas Foundation  Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com

Paige Holden Montgomery
on behalf of Plaintiff Official Committee of Unsecured Creditors pmontgomery@sidley.com
txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com

William R. Howell, Jr.
on behalf of Defendant James D. Dondero william.howell@bondsellis.com williamhowell@utexas.edu

TOTAL: 8