**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] ) | |
| ) | Case No. 19-34054 (SGJ) |
| Debtor. ) | |
| ) | |
| OFFICIAL COMMITTEE OF UNSECURED ) CREDITORS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| CLO HOLDCO, LTD., CHARITABLE DAF HOLDCO, ) | Adv. Pro. No. 20-03195 (SGJ) |
| LTD., CHARITABLE DAF FUND, LP, HIGHLAND ) | |
| DALLAS FOUNDATION, INC., THE DUGABOY ) | |
| INVESTMENT TRUST, GRANT SCOTT III IN HIS ) | |
| INDIVIDUAL CAPACITY, AS TRUSTEE OF THE ) | |
| DUGABOY INVESTMENT TRUST, AND AS ) | |
| TRUSTEE OF THE GET GOOD NONEXEMPT ) | |
| TRUST, AND JAMES D. DONDERO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

On May 24, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

*(Continued on Next Page)*

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725).  The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

- **Order Granting the Official Committee of Unsecured Creditors' Emergency Motion to Stay the Adversary Proceeding for Ninety Days** [Docket No. 62]

Dated: May 27, 2021

/s/ Esmeralda Aguayo
Esmeralda Aguayo
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel 310.823.9000

# EXHIBIT A

**Exhibit A**

Adversary Service List

Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, John T. Wilson, IV, Bryan C. Assink, Clay M. Taylor, William R. Howell, Jr. | john@bondsellis.com; john.wilson@bondsellis.com; bryan.assink@bondsellis.com; clay.taylor@bondsellis.com; william.howell@bondsellis.com |
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Earnestiena Cheng, Daniel H O'Brien | Earnestiena.Cheng@fticonsulting.com; Daniel.H.O'Brien@fticonsulting.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Counsel for CLO Holdco, Ltd. and Grant Scott | Kane Russell Coleman Logan PC | Joseph M. Coleman, John J. Kane | jcoleman@krcl.com; jkane@krcl.com |
| Counsel for CLO Holdco, Ltd. and Highland Dallas Foundation, Inc. | Kelly Hart & Hallman | Hugh G. Connor II, Michael D. Anderson, Katherine T. Hopkins | hugh.connor@kellyhart.com; michael.anderson@kellyhart.com; katherine.hopkins@kellyhart.com |
| Counsel for CLO Holdco, Ltd. and Highland Dallas Foundation, Inc. | Kelly Hart & Pitre | Amelia L. Hurt | amelia.hurt@kellyhart.com |
| Counsel for CLO Holdco, Ltd. and Highland Dallas Foundation, Inc. | Kelly Hart & Pitre | Louis M. Phillips | louis.phillips@kellyhart.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | andrew.clubok@lw.com; sarah.tomkowiak@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | asif.attarwala@lw.com; Kathryn.George@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Zachary F. Proulx, Jamie Wine | Zachary.Proulx@lw.com; Jamie.Wine@lw.com |
| Counsel for CLO Holdco, Ltd. / Trustee for the Dugaboy Investment Trust and Get Good Nonexempt Trust / Charitable DAF Fund, L.P. / Grant James Scott III in His Individual Capacity | Myers Bigel P.A. | Grant Scott, Director | gscott@myersbigel.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |

# EXHIBIT B

**Exhibit B**
Adversary Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, John T. Wilson, IV, Bryan C. Assink, Clay M. Taylor, William R. Howell, Jr. | 420 Throckmorton Street, Suite 1000 | Fort Worth | TX | 76102 |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | 650 Poydras Street, Suite 2500 | New Orleans | LA | 70130 |
| Counsel for CLO Holdco, Ltd. and Grant Scott | Kane Russell Coleman Logan PC | Joseph M. Coleman, John J. Kane | 901 Main Street, Suite 5200 | Dallas | TX | 75242-1699 |
| Counsel for CLO Holdco, Ltd. and Highland Dallas Foundation, Inc. | Kelly Hart & Hallman | Hugh G. Connor II, Michael D. Anderson, Katherine T. Hopkins | 201 Main Street, Suite 2500 | Fort Worth | TX | 76102 |
| Counsel for CLO Holdco, Ltd. and Highland Dallas Foundation, Inc. | Kelly Hart & Pitre | Amelia L. Hurt | 400 Poydras Street, Suite 1812 | New Orleans | LA | 70130 |
| Counsel for CLO Holdco, Ltd. and Highland Dallas Foundation, Inc. | Kelly Hart & Pitre | Louis M. Phillips | 301 Main Street, Suite 1600 | Baton Rouge | LA | 70801 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | 555 Eleventh Street, NW, Suite 1000 | Washington | DC | 20004 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | 330 North Wabash Avenue, Ste. 2800 | Chicago | IL | 60611 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | 355 S. Grand Ave., Ste. 100 | Los Angeles | CA | 90071 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Zachary F. Proulx, Jamie Wine | 1271 Avenue of the Americas | New York | NY | 10020 |
| Counsel for CLO Holdco, Ltd. / Trustee for the Dugaboy Investment Trust and Get Good Nonexempt Trust / Charitable DAF Fund, L.P. / Grant James Scott III in His Individual Capacity | Myers Bigel P.A. | Grant Scott, Director | 4140 Park Lake Ave, Ste 600 | Raleigh | NC | 27612 |