SIDLEY AUSTIN LLP
Penny P. Reid
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

Matthew A. Clemente (admitted pro hac vice)
Dennis M. Twomey (admitted pro hac vice)
Alyssa Russell (admitted pro hac vice)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | |
| Debtor, | Case No. 19-34054-SGJ11 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Plaintiff, | |
| vs. | Adversary Proceeding No. 20-03195 |
| CLO HOLDCO, LTD., CHARITABLE DAF HOLDCO, LTD., CHARITABLE DAF FUND, LP, HIGHLAND DALLAS FOUNDATION, INC., THE DUGABOY INVESTMENT TRUST, GRANT JAMES SCOTT III IN HIS INDIVIDUAL CAPACITY, AS TRUSTEE OF THE DUGABOY INVESTMENT TRUST, AND AS TRUSTEE OF | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

| | |
|---|---|
| THE GET GOOD NONEXEMPT TRUST, AND JAMES D. DONDERO, | ) ) ) |
| Defendants. | ) |

# THE LITIGATION TRUSTEE'S
# WITNESS AND EXHIBIT LIST FOR AUGUST 19, 2021 HEARING

The Litigation Trustee,[2] submits the following witness and exhibit list (the "Witness and Exhibit List"), and designates the following exhibits in connection with the *Official Committee of Unsecured Creditors' Motion To Further Extend the Stay of the Adversary Proceeding Through October 15, 2021* [AP Docket No. 70], set for hearing at 9:30 AM (Central Time) on August 19, 2021.

    A.    Witnesses

        1.    Marc S. Kirschner.

        2.    Any witnesses called or designated by any other party.

        3.    Any impeachment or rebuttal witnesses.

    B.    Exhibits

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1. | All exhibits necessary for impeachment purposes. | | |
| 2. | Any other document entered or filed in the above-styled bankruptcy case and adversary proceeding, including any exhibits thereto. | | |
| 3. | Any and all documents identified or offered by any other party. | | |

---

[2] On August 11, 2021, the Debtor's *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P.* [Docket No. 1472] (as may be amended, supplemented, or otherwise modified from time to time, the "Plan") went effective (the "Effective Date"). On the Effective Date, the official committee of unsecured creditors in the above-referenced bankruptcy case was dissolved pursuant to the terms of the Plan. (Plan at 47.) Pursuant to the terms of the Plan, the Litigation Sub-Trust (as defined in the Plan) was formed and the Litigation Trustee is now tasked with prosecuting this Adversary Proceeding. (*See id.* at 26; *Debtor's Notice of Filing of Plan Supplement to the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (with Technical Modifications)* [Docket No. 1811], Exhibit T [Docket No. 1811-4 at Article II, Section 2.2].) A formal motion to substitute the Litigation Trustee as plaintiff in this Adversary Proceeding is forthcoming.

Dated:  August 16, 2021
       Dallas, Texas

SIDLEY AUSTIN LLP
/s/ *Paige Holden Montgomery*
Penny P. Reid
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

Matthew A. Clemente (admitted pro hac vice)
Dennis M. Twomey (admitted pro hac vice)
Alyssa Russell (admitted pro hac vice)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS