BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Official Committee of Unsecured Creditors v. CLO Holdco, Ltd. et al<br>**DEBTOR** | Motion To Further Extend the Stay of the Adversary Proceeding Through October 15, 2021 filed by Official Committee of Unsecured Creditors doc. #70 | Case # 20–03195–sgj |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors<br>**PLAINTIFF / MOVANT** | VS | CLO Holdco, Ltd. et al<br>**DEFENDANT / RESPONDENT** |
| Paige Holden Montgomery & Deborah Newman<br>**ATTORNEY** | | Louis M. Phillips<br>**ATTORNEY** |

**EXHIBITS**

| | |
|---|---|
| SEE EXHIBIT LIST | SEE EXHIBIT LIST |
| Court Admitted Declaration of Marc S. Kirschner | Court Admitted Exhibits #1, And #3 Through #21 |

| | | |
|---|---|---|
| Michael Edmond<br>REPORTED BY | August 19, 2021<br>HEARING DATE | Stacey G. Jernigan<br>JUDGE PRESIDING |