

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 23, 2021**

United States Bankruptcy Judge

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | |
| Debtor, | Case No. 19-34054-SGJ11 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Plaintiff, | |
| vs. | Adversary Proceeding No. 20-03195 |
| CLO HOLDCO, LTD., CHARITABLE DAF HOLDCO, LTD., CHARITABLE DAF FUND, LP, HIGHLAND DALLAS FOUNDATION, INC., THE DUGABOY INVESTMENT TRUST, GRANT JAMES SCOTT III IN HIS INDIVIDUAL CAPACITY, AS TRUSTEE OF THE DUGABOY | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

| | |
|---|---|
| INVESTMENT TRUST, AND AS TRUSTEE OF THE GET GOOD NONEXEMPT TRUST, AND JAMES D. DONDERO,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) |

### AGREED ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO FURTHER EXTEND THE STAY OF THE ADVERSARY PROCEEDING THROUGH OCTOBER 15, 2021

Upon consideration of *The Official Committee of Unsecured Creditors' Motion to Further Stay the Adversary Proceeding through October 15, 2021* [A.P. Docket No. 70] (the "Motion"),[2]

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The Adversary Proceeding,[3] including any current response deadlines and hearing dates, is further stayed through and including October 15, 2021 (the "Stay").

3. The Litigation Trustee (as defined in the Plan), which is substituted as plaintiff ("Plaintiff"), and defendant CLO HoldCo, Ltd. ("CLO HoldCo") shall meet and confer in an effort to resolve any disputes concerning monies held in the Court's registry (the "Registry Funds") pursuant to the Court's *Order Denying Motion for Remittance of Funds Held in Registry of Court* [Docket No. 825]. If Plaintiff and CLO HoldCo are unable to reach resolution concerning the Registry Funds, then, notwithstanding Paragraph 2 of this Order, the Stay shall not affect the rights of Plaintiff or CLO HoldCo

---

[2] On August 11, 2021, the Debtor's Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. [Docket No. 1472] (as may be amended, supplemented, or otherwise modified from time to time, the "Plan") went effective (the "Effective Date"). On the Effective Date, the official committee of unsecured creditors in the above-referenced bankruptcy case was dissolved pursuant to the terms of the Plan. (Plan at 47.) Pursuant to the terms of the Plan, the Litigation Sub-Trust (as defined in the Plan) was formed and the Litigation Trustee is now tasked with prosecuting this Adversary Proceeding. (See id. at 26; Debtor's Notice of Filing of Plan Supplement to the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (with Technical Modifications) [Docket No. 1811], Exhibit T [Docket No. 1811-4 at Article II, Section 2.2].)

[3] Capitalized terms used but not defined herein shall have the respective meanings given to them in the Motion.

with respect to the Registry Funds, and either shall be free to seek further relief from this Court relating to the Registry Funds.

4. This Court shall retain jurisdiction over all matters arising from or relating to the interpretation or implementation of this Order.

### End of Order ###

AGREED AS TO FORM, ENTRY, AND SUBSTANCE:

| | |
|---|---|
| **SIDLEY AUSTIN LLP** | **KELLY HART PITRE** |
| /s/ *Paige Holden Montgomery* | */s/ Louis M. Phillips* |
| Paige Holden Montgomery | **Louis M. Phillips (#10505)** |
| Penny P. Reid | One American Place |
| Juliana L. Hoffman | 301 Main Street, Suite 1600 |
| 2021 McKinney Avenue | Baton Rouge, LA 70801-1916 |
| Suite 2000 | Telephone: (225) 381-9643 |
| Dallas, Texas 74201 | Facsimile: (225) 336-9763 |
| Telephone: (214) 981-3300 | Email: louis.phillips@kellyhart.com |
| Facsimile: (214) 981-3400 | Amelia L. Hurt (LA #36817, TX #24092553) |
| | 400 Poydras Street, Suite 1812 |
| -and- | New Orleans, LA 70130 |
| | Telephone: (504) 522-1812 |
| Matthew A. Clemente (admitted *pro hac vice*) | Facsimile: (504) 522-1813 |
| Dennis M. Twomey (admitted *pro hac vice*) | Email: amelia.hurt@kellyhart.com |
| Alyssa Russell (admitted *pro hac vice*) | |
| One South Dearborn Street | And |
| Chicago, Illinois 60603 | |
| Telephone: (312) 853-7000 | **KELLY HART & HALLMAN** |
| Facsimile: (312) 853-7036 | Hugh G. Connor II |
| | State Bar No. 00787272 |
| -and- | hugh.connor@kellyhart.com |
| | Michael D. Anderson |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | State Bar No. 24031699 |
| Susheel Kirpalani (*pro hac vice* pending) | michael.anderson@kellyhart.com |
| Deborah J. Newman (*pro hac vice* pending) | Katherine T. Hopkins |
| Benjamin I. Finestone (*pro hac vice* pending) | Texas Bar No. 24070737 |
| 51 Madison Avenue | katherine.hopkins@kellyhart.com |
| Floor 22 | 201 Main Street, Suite 2500 |
| New York, NY 10010 | Fort Worth, Texas 76102 |
| Telephone: (212) 849-7000 | Telephone: (817) 332-2500 |
| | |
| *Counsel for Marc S. Kirschner, as Litigation Trustee of the Highland Capital Management, L.P. Litigation Sub-Trust* | *Counsel for CLO Holdco, Ltd. and Highland Dallas Foundation, Inc.* |