# the family place
*Where family violence stops*

September 15, 2021

Dear Highland Dallas Foundation,

The Family Place would like to thank the Highland Dallas Foundation, a supporting organization of the Dallas Foundation, for your long-standing support of our organization. Your grant donations for our emergency shelter medical and dental clinics have enabled our organization to provide vital medical and dental care to our domestic violence clients. When your foundation donated Christmas gifts to our clients, they were so grateful to receive such an unexpected surprise.

The collaboration between the Highland Dallas Foundation and The Family Place has been instrumental in providing services to our domestic violence clients and promoting community awareness of domestic violence in our community. Because of our long-term community partnership, we have kept you apprised of our ongoing challenges stemming from the COVID-19 pandemic as well as the damage that our Safe Campus sustained from the winter storm Uri in February of 2021.

The Family Place would like to formally request $1,000,000 from the Highland Dallas Foundation to be allocated in the following manner: $500,000 to provide funding for the repairs to our Safe Campus Emergency Shelter that was damaged in the February 2021 storm, and $500,000 to support our Enduring Promise Campaign, which will be designated to provide long-term funding for our on-site medical staff who provide essential medical services to our clients. I have attached our Safe Campus Construction Budget, our 2020 At A Glance, and our Enduring Promise Campaign Information document for your review.

We are incredibly grateful for the generosity that the Highland Dallas Foundation has shown to The Family Place over the years. Without your support, we would not have been able to successfully serve our domestic violence clients who are in desperate need. We appreciate your commitment to helping and protecting the most vulnerable of our community.

Sincerely,

Paige Flink
Paige Flink

P.O Box 7999
Dallas, Texas 75209
214 559 2170
fax 214 443 7797
www.familyplace.org

**BOARD OF DIRECTORS**
**PRESIDENT**
Harold Ginsburg
**TREASURER**
Wes McCown
**SECRETARY**
Thomas McCollum
**V.P. COMMUNITY ENGAGEMENT**
Clarisa Lindenmeyer
**V.P. DEVELOPMENT**
Lindsay Jacaman
**V.P. FACILITIES**
Jim Buddrus
**V.P. HUMAN CAPITAL**
David Oliver
**V.P. LONG RANGE PLANNING**
Radhika Zaveri
**V.P. NOMINATIONS**
Belinda Griffin
**V.P. PUBLIC AFFAIRS**
Delia Jasso
**GENERAL COUNSEL**
Kristin Bauer
Eric White

Sandra Aguirre
Lisa Armstrong
Mandy Austin
Steven Bauer
Melinda Bell
Laurie Berger
Nancy Bierman
Julie Bosché
Eric Chandler
Kerry Cole
Nicole Collins
Barbara Durham
Monika Flood
Theresa Flores
Beth Garvey
Lauran Goldberg
Carlos Gonzalez-Jaime
Michelle Goolsby
Rhonda Green
Tasha Grinnell
Johnese Howard
Stacee Johnson-Williams
Linda Knox
Holly Krug
Emily Maduro
Margo McClinton Stoglin
Mary McNulty
Sam Megally
Aaliyah Miranda
Mike Montgomery
Tiffany Moon
Elizabeth Saab
Nathaniel St. Clair
Kristen Sanger
Ryan Scripps
Carol Seay
Lisa Singleton
Ghousuddin Syed
Jill Tananbaum
Samantha Wortley
Ana Yoder

**Chief Executive Officer**
Paige Flink



**Additional Materials for Review**

**(I) "The ceilings collapsed at a Texas domestic violence shelter. Where do the women go now?"**

February 19, 2021 news article documenting storm damage and the impact to The Family Place emergency shelter facilities and support services

**(II) 2021 Safe Campus Repair/Restoration Budget**

Breakdown of repair project budget and remaining expenses to complete restoration

(III) **2020 At A Glance**

Summary of the services provided and clients served by The Family Place in 2020 (scope and impact of services and overview of client demographics)

(IV) **An Enduring Promise Foundation Campaign Overview**

Overview of foundation campaign currently underway to provide critical funds to cover funding gaps and unforeseen capital expenditures while allowing for innovation and expansion as North Texas grows

NEWS

# The ceilings collapsed at a Texas domestic violence shelter. Where do the women go now?

For victims and their children, The Family Place was a refuge

Caroline Kitchener        February 19, 2021

When women arrive at the Family Place, Ashley Jackson hands them a folder with a code to their room. There are fresh sheets and towels waiting for you, Jackson tells them. Your bed is already made.

You can sleep, she says — and you will be safe.

Walking into the Dallas domestic violence shelter at 3 p.m. on Tuesday, Jackson found dozens of sheets and towels, drenched and balled up on the ground. The pipes had burst. Water was gushing through the hallways and seeping under doors. In several rooms, the ceiling had buckled, splattering insulation across the carpet like vomit. Women frantically gathered their sopping-wet blankets and sweaters as the shelter's fire alarm, set off by the sprinklers, wailed in the background.

Some started saying they wanted to leave. Jackson tried to talk them out of it, knowing they might go back to their abusers.

"That's the whole reason they're here," she said. "They don't have anywhere else to go."

With three branches in Dallas that serve up to 250 people, the Family Place is at the center of a winter weather crisis that has pummeled much of the South since Sunday, killing at least 47 people and leaving millions without water and electricity. The shelter's largest branch lost power on Monday. On Wednesday afternoon, 123 women and children crammed into a few rooms that had escaped severe water damage. They had to evacuate, Jackson said. But where would they go?

The shelter is designed to make families safe and comfortable. Many women arrive with bruising on their face and arms, young children in tow. When they fill out their paperwork, Jackson said, they're often so anxious they have to ask three times for the date. As an advocate, Jackson said, the best part of her job is assuring victims that they can finally relax: No one can find them here. Nothing can hurt them. They have time and space to breathe while they figure out their next move.

Now they are sleeping on cots in a church, six inches apart.

1



The living room at The Family Place domestic violence shelter after it was devastated by the storm in Dallas, Tex., on February 17, 2021. (Paige Flink/The Family Place)



The living room at The Family Place domestic violence shelter in Dallas, Tex. (Judy Walgren/The Family Place)

"They were already living in a chaotic situation, and then this happens," said Family Place chief executive Paige Flink.

Flink took to Twitter as soon as she heard about the flooding. Tagging a host of local officials and state lawmakers, she explained the shelter's situation and asked for help. Within minutes, she said, she heard from a local pastor, who offered up his church as temporary housing. Two hours later, the women and children were boarding buses to the new location.



3

It was not an ideal solution. As soon as women saw the conditions in the church, Jackson said, more began asking to leave. There are two bathrooms and two showers for 120 people, Flink said — and most of the women were used to privacy. They'd never lived communally with people they didn't know. Especially in the middle of a pandemic, they expected to have their own space.

The Family Place has not turned anyone away in the pandemic, Flink said, no matter their covid status. If they needed shelter, she said, the organization has found a way to house them. While the families had already been sharing communal spaces at the shelter, social distancing is much more difficult when you don't have your own bedroom and bathroom.

"They put their trust in us. We told them, 'Get on this bus, we will take you somewhere that has heat and power and running water,'" Flink said. "Then they get there and they're having to sleep in congregate living."

Many of the women haven't been sleeping, Jackson said. They've been tossing and turning on their cots, required to wear masks through the night.

Case managers at the Family Place have been meeting with each client individually to assess whether she has another place to go, Flink said. Some will mention a family member or a friend who has offered to take them in, but Flink worries those living situations won't be as safe as the shelter.

The Family Place purposely does not disclose its address to prevent abusers from finding clients who have fled. When clients call the shelter's hotline and ask for a spot, she said, they send a Lyft to pick them up. The car takes them to a "safe location" near the shelter, so its exact whereabouts stay secret. With a public name and address that's easy to Google, Jackson said, the church doesn't have that kind of security. Talking to friends and family eager to know where they are, clients have been sharing their location. Jackson worries that abusers might start to show up unannounced.

Before families can return to the shelter, Flink has to replace almost all the ceilings in the building, she said, after consulting with a contractor. While only a few gave way completely in the storm, many more have smaller drips, coming through the molding or the light fixtures. Those could collapse at any time, she said, adding, "We have to go back to the studs, or this is going to happen again."

4

That process will take at least 12 weeks, she said — longer if the insurance company won't quickly hand over the money she needs. In the meantime, she is hoping to house families in an extended-stay hotel. She's not sure whether she can realistically raise enough money for that — it would take approximately $192,000 to house everyone for three months — but she is going to try.

Domestic violence victims have already had to uproot their entire lives, Flink said. "I want to make sure the next stop is the last stop."

Flink went into the shelter on Wednesday to survey the damage. When she looked around, she said, she cried.

There was plaster all over the sofas, in the potted plants — and a half-eaten hamburger on the dining room table.

Flink couldn't stop thinking about the woman who had sat down to eat it: She didn't even have time finish her lunch before she had to flee.



**Caroline Kitchener**

Caroline Kitchener is a staff reporter at The Lily. Prior to joining The Washington Post in 2019, she was an associate editor at The Atlantic. She is the author of "Post Grad: Five Women and Their First Year Out of College."

**The Family Place**
**2021 Safe Campus Repair/Restoration Budget**

| Revenue | Safe Campus | Highland Dallas Foundation | Pending Requests |
|---|---|---|---|
| Insurance proceeds (less $5k deductible) | $ 1,110,816 | | |
| Mark Cuban Foundation - Generator | 250,000 | | |
| The Moody Foundation | 125,000 | | |
| The Hoglund Foundation | 20,000 | | |
| Dallas Junior Forum | 4,000 | | |
| Vin & Caren Prothro Foundation | 1,000 | | |
| **Total Insurance Reimbursement and Foundations** | $ 1,510,816 | | |
| | | | |
| Anonymous Foundation Capital Request | | | $ 150,000 |
| Anonymous Foundation Capital Request | | | 150,000 |
| | | | |
| **Highland Dallas Foundation Request** | | $ 500,000 | |

| Expenses | | |
|---|---|---|
| Remediation/Site Clean Up | $ | 242,083 |
| Reconstruction | | 788,347 |
| New Flooring | | 170,319 |
| Replacement Furniture | | 89,202 |
| Fire Watch/New Fire Alarm Panel | | 188,375 |
| Diesel Generator | | 258,288 |
| Re-paint entire building | | 156,401 |
| Insulate Pipes in Ceilings | | 115,485 |
| Miscellaneous Cleaning and Repairs | | 77,544 |
| Cabling/SPF Modules/Update Security System | | 86,526 |
| Therapy Rooms Expansion | | 8,378 |
| Replace/Repair Storage Sheds and Closets | | 52,684 |
| Replace kitchen equipment | | 16,000 |
| Security | | 50,435 |
| Computer/Technology | | 36,091 |
| Occupancy | | 533,854 |
| **Total Expenses** | $ | 2,870,012 |
| **Project Surplus/(Deficit)** | $ | (1,359,196) |

# 2020
## At A Glance

The Family Place served **11,933** clients and was the only domestic violence service provider in North Texas to remain fully open during the pandemic. We never stopped accepting new clients into our three emergency shelters, and our counselors quickly pivoted to provide virtual services via phone and computer.

## Residential Services

Our residential services not only provide safe shelter and meet basic needs but also offer childcare, legal advocacy, medical and dental care, counseling and case management. Even though we reduced capacity in some rooms due to the pandemic, our shelter service numbers were only down 10% for the year. We put more clients in hotel rooms to provide safety when lethality warranted and our shelters were full—54 victims in 2020 compared to 36 in 2019. In 2020, 98% of clients exiting our shelters did not return to their abusers.



**Emergency Shelter**
**678** Women, **56** Men, **786** Children
*62,118 days of emergency shelter*



**Transitional Housing**
**78** Women, **5** Men, **135** Children
*36,015 days of transitional housing*



**Childcare & Education**
**241** enrolled at our Child Development Center

**85** mentored through the After School Program

**23** attended The Learning Center

*38,136 hours of childcare provided*



**Medical Care**
**778** people served by our nurses



**Safety for Pets**
**35** animals stayed united with their families



**24-Hour Crisis Hotline**
**9,595** Hotline and Crisis Calls

## Counseling Services

Victims who need services without shelter receive counseling and support at three counseling centers located in South Dallas, Central Dallas and Collin County. All of our services are provided in English and in Spanish. Clients learn about the types of domestic violence, how to access resources and make safety plans, and how to process the trauma they have suffered. From March 18 to June 1, all counseling/case management services were provided virtually. Face-to-face services started again in June based on client choice. Overall counseling numbers increased 11.5% in 2020 compared to 2019. In 2020, 98% of victims reported feeling safer after coming to The Family Place for counseling.



**Community Counseling**
**1,671** Women, **83** Men, **504** Children
*18,526 hours of counseling provided*



**Battering Intervention & Prevention Program**
**396** Men, **81** Women
*8,758 hours of BIPP services provided*



**Dignity at Work**
**243** clients provided with job readiness training

## Community Services



**Be Project**
**4,791** students educated on healthy relationships



**Faith & Liberty's Place**
**186** adults and **136** children provided with a safe place for visitation and exchange with noncustodial parents



**Domestic Violence High Risk Team**
**114** victims at high risk of lethality accessed support through emergency shelter, home visits and counseling services



*the family place*
*Where family violence stops*



***Our Mission:*** *The Family Place empowers victims of family violence by providing safe housing, counseling and skills that create independence while building community engagement and advocating for social change to stop family violence.*

**familyplace.org | 214.559.2170 | 24-Hour Crisis Hotline: 214.941.1991**



United Way of Metropolitan Dallas



# Client Demographics

Since our inception in 1978, we have worked to bring our services to marginalized communities oppressed by systemic racism and poverty. 48% of our residential clients are African American women and 43% of our nonresidential clients are Hispanic. African American women are more likely to experience domestic violence than women of other races/ethnicities and are twice as likely to lose their lives to domestic violence than white women. They are more vulnerable due to financial insecurity because women and children are the poorest in our community, and women of color are the largest demographic of this group.

## Residential Client Demographics

Ethnicity / All Clients



- 48% African American
- 21% White
- 20% Hispanic
- 7% Other
- 2% Multiracial
- 2% Asian

Gender / Adults

- 94% Female
- 6% Male

## Nonresidential Demographics

Ethnicity / All Clients



- 43% Hispanic
- 31% White
- 18% African American
- 5% Other
- 2% Multiracial
- 1% Asian

Gender / Adults

- 95% Female
- 5% Male



**Scan to read more about our life-changing outcomes.**



# An Enduring Promise
*The Family Place Foundation Campaign*

## The Need for Safety

What would you do if the person you loved most terrified you? Every day in Dallas more than **40 people call the police department** to try to stop the violence in their homes. What would you do if the person you loved most threatened to kill you? In the past three years, **36 women, 8 men and 4 children lost their lives this way** (Dallas Police Department).

Domestic violence is not a family issue but a community problem that makes us all less safe. It's a contributing factor to every crisis our society faces—**poverty, racial inequity, educational challenges for children, homeless youth, human trafficking and crime.** The Family Place has the solution to this pervasive problem through a unique combination of services for our community.

## Our Promise to Victims of Domestic Violence

The Family Place has protected families in North Texas since 1978. Since the beginning our mission has remained constant—to provide the highest level of services possible to help every domestic violence victim become a survivor. We made a commitment to provide the easiest access to services, the widest range of programming available, and the most innovative approach to healing. Our goal is to remove every hurdle that could prevent a victim from living up to their full potential. In the past four decades, we have enhanced programming, provided access to numerous resources, and advocated for social change. A few highlights include:

- The Family Place is now the **largest domestic violence service provider** in Texas.
- Our **three emergency** shelters provide 51% of all domestic violence shelter beds in Dallas and Collin counties.
- We operate the state's **only domestic violence shelter for men and children.**
- Over **11,000 women, men and children** access our services every year.

We promise to give every victim that walks through our doors the tools they need to lead productive lives. We promise to **advocate for victims**, to **eliminate domestic violence**, and to **convince the community that everyone deserves a safe home.**

## The Case for An Enduring Promise Campaign

Our operating budget has been historically well supported by a diverse group of funding sources including foundations, corporations, civic organizations and individuals. But each of these funding categories contain inherent risk, made even more apparent with the events of the past year. The Family Place will be the sole beneficiary of The Family Place Foundation's An Enduring Promise Campaign. The goal of **$20,000,000** will ensure long-term stability so we can continue to provide lifesaving services even during uncertain times. We vividly learned through the 2020 pandemic and 2021 Winter Storm Uri that **The Family Place is an essential service**. We are frontline workers during times of crisis and must answer the call when needed. Your support of this campaign allows The Family Place Foundation to provide critical funds to **cover funding gaps and unforeseen capital expenditures** while allowing for **innovation and expansion** as North Texas grows.

## Demand for Emergency Shelter has Grown





*COVID-19 social distancing rules caused a decrease in shelter capacity



## Making Every Home a Safe Home

### Safety
- Emergency Shelter—177 shelter beds to take women, children and men out of harm's way
- Transitional Housing—25 on-site apartments to help families rebuild their lives
- Hotline—24/7 bilingual hotline for crisis and information and referral calls
- Legal Services—In-house attorney and paralegal to assist victims with civil court matters
- Animal Kennel—On-site kennel for dogs and cats to keep the entire family safe

### Breaking the Cycle of Violence
- Children's Counseling—Proven and innovative therapeutic methods to help children process their trauma
- Adult Counseling—Individual and group therapy for all victims of domestic violence
- Child Development Center and Learning Center—Accredited childcare, K-2 school and after-school programs for children in our shelters
- Dignity at Work—Job readiness program, mentoring and resume help to assist clients with their careers
- Client Assistance—Financial support for rent, legal services and medical costs to help clients start anew
- Scholarships—To complete and/or continue education and fulfill clients' goals

### Innovation
- Community-based Counseling—Satellite offices in targeted communities helping clients to overcome transportation barriers
- Faith and Liberty's Place—Providing supervised child visitation and monitored exchange with non-custodial parents
- Be Project—Educates North Texas students and educators about healthy relationships and teen dating violence awareness
- Battering Intervention and Prevention Program—First and most successful program in the area that works with abusers to prevent further violence
- Medical and Dental Clinics—Helping clients receive necessary medical care without leaving the safety of our campuses
- Domestic Violence High Risk Team—Brings together the Dallas Police Department, district attorneys, advocates, probation officers and the sheriff's department to reduce domestic violence homicides
- DV Beds—Online platform providing real time emergency shelter bed count for 20 agency and community partners in Texas



*the family place*
*Where family violence stops*

www.familyplace.org
PO Box 7999, Dallas, TX 75209
24-Hour Crisis Hotline: 214.941.1991

## We've been saving lives for over 42 years. Your support will help us continue this legacy for years to come.

**1978**
We opened an emergency shelter and one of the first hotlines in Texas.

**1982**
Our first outreach center began providing counseling services.

**1984**
We launched the Battering Intervention and Prevention Program.

**1989**
The Family Place Resale Shop opened.

**1993**
HUD awarded funding to expand transitional housing, and our Supportive Living Program began.

**1998**
The Be Project was created to educate students on healthy relationships, teen dating violence and sexual assault.

**2000**
Sally's House opened with 100 beds, 22 transitional apartments and comprehensive support services.

**2003**
Faith and Liberty's Place opened.

**2010**
Large family apartments and a K-2 Education Center were added to Sally's House.

**2013**
A medical clinic opened at Sally's House to meet the needs of our clients.

**2016**
We opened a new counseling office in Collin County.

**2017**
Ann Moody Place opened with one-of-a-kind features like an animal kennel for victims' pets, a medical clinic, specially designed play therapy rooms and more. We also opened the first men's shelter in Texas.

**2018**
DV Beds was launched, providing real-time emergency shelter bed count for area agencies.

**2020**
We opened a new, expanded counseling office in Southern Dallas.

**2021**
We reconstructed Sally's House after damage from Winter Storm Uri.