**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 19-34054-sgj11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | Chapter 11 |
| | § | |
| Debtor | § | |

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | § | |
| | § | |
| Plaintiff, | § | Adversary No. 20-03195 |
| | § | |
| vs. | § | |
| | § | |
| CLO HOLDCO, LTD., CHARITABLE DAF HOLDCO, LTD., CHARITABLE DAF FUND, LP, HIGHLAND DALLAS FOUNDATION, INC., THE DUGABOY INVESTMENT TRUST, GRANT JAMES SCOTT III IN HIS INDIVIDUAL CAPACITY, AS TRUSTEE OF THE DUGABOY INVESTMENT TRUST, AND AS TRUSTEE OF THE GET GOOD NONEXEMPT TRUST, AND JAMES D. DONDERO, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust established pursuant to the *Fifth Amended Plan of Reorganization of Highland Capital Management L.P.* [Bankruptcy Case, Dkt. No. 1472] (the "Plan"), which is substituted as plaintiff pursuant to the Plan, hereby gives notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy

Procedure, the above-captioned adversary action is voluntarily dismissed in its entirety, without

prejudice, against all Defendants and without the need for a Court order.

   **PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, none of the Defendants

have filed or served an answer or a motion for summary judgment.

Dated: October 15, 2021

**SIDLEY AUSTIN LLP**

/s/ *Juliana L. Hoffman*
Paige Holden Montgomery
Penny P. Reid
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

       -and-

Matthew A. Clemente (admitted *pro hac vice*)
Dennis M. Twomey (admitted *pro hac vice*)
Alyssa Russell (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Robert Loigman
Benjamin I. Finestone
Deborah J. Newman
Jordan Harap
Alexandre Tschumi
51 Madison Avenue, Floor 22
New York, NY 10010
Telephone: (212) 849-7000

*Counsel for Marc S. Kirschner, as Litigation Trustee of the Highland Capital Management, L.P. Litigation Sub-Trust*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on October 15, 2021.

/s/ *Juliana L. Hoffman*
Juliana L. Hoffman